EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 642-1900
Facsimile: (973) 642-0099
Attorneys for Plaintiffs
Ross University School of Medicine and
Global Education International, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE and GLOBAL EDUCATION INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEHZAD AMINI, WWW.ROSSU.NET, WWW.ROSSMEDICALSCHOOL.ORG, WWW.ROSSMEDSCHOOL.COM and WWW.JOHNDOEROSSINFRINGINGSITES1-20.DOE <br><br> Defendants. | Civil Action No. <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiffs Ross University School of Medicine and Global Education International, Inc., by their counsel, Epstein Becker & Green, P.C., hereby state that their parent corporation is DeVry Inc., and that no publicly held corporation holds more than 10% of DeVry Inc.'s stock.

                                            EPSTEIN BECKER & GREEN, P.C.
                                            One Gateway Center
                                            Newark, New Jersey 07102
                                            Attorneys for Plaintiffs

By: _____
                                            James P. Flynn
                                            William S. Gyves
                                            Members of the Firm

DATED:  October 15, 2013

FIRM:23965175v1