*AO 120 (Rev. 08/10)*

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313–1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the **U.S. District Court for the District of New Jersey** on the following:
**X** Trademarks or  ____ Patents.  ( ____ the patent action involves 35 U.S.C. § 292.)

| DOCKET NO.<br>3:13–cv–06121–AET–TJB | DATE FILED<br>10/16/2013 | U.S. DISTRICT COURT<br>TRENTON, NJ |
|---|---|---|
| PLAINTIFF<br>ROSS UNIVERSITY SCHOOL OF MEDICINE | | DEFENDANT<br>BEHZAD AMINI |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 US Reg No. 3095846 | | |
| 2 US Reg No. 3043741 | | |
| 3 US Reg. No. 3237762 | | |
| 4 US Reg. No. 3994130 | | |
| 5 US Reg. No. 4262006 | | |

In the above–-entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ___ Amendment   ___ Answer   ___ Cross Bill   ___ Other Pleading |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above–-entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>William T. Walsh | (BY) DEPUTY CLERK<br>s/ JAWEIA CAMPBELL | DATE<br>10/16/2013 |
|---|---|---|

**Copy 1––Upon initiation of action, mail this copy to Director  Copy 3––Upon termination of action, mail this copy to Director**
**Copy 2––Upon filing document adding patent(s), mail this copy to Director  Copy 4––Case file copy**