UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>Minutes of Proceeding</u>

OFFICE: Trenton
JUDGE ANNE E. THOMPSON                    Date: October 16, 2013
Court Reporter/ESR: M. Kalbach

TITLE OF CASE:                            CIVIL **13-6121**

ROSS UNIVERSITY SCHOOL OF MEDICINE, et al.
vs.
AMINI BEHZAD


APPEARANCES:
James P. Flynn, Esq. & Willaim S. Gyves, Esq. for plaintiffs
No appearance for Defendant
No parties present.

NATURE OF PROCEEDINGS: OTSC W/TRO

Hearing application by plaintiff for an Order To Show Cause with Temporary Restraints.
Ordered application - Granted.

Ordered order to show cause why preliminary injunction should not issue to be made returnable on <u>October 28, 2013</u> at <u>10:30 a.m.</u> Ordered opposition to be submitted 5 days before the hearing date; and any reply to be submitted 2 days before the hearing date.


TIME COMMENCED: 9:25
TIME ADJOURNED: 9:45
TOTAL TIME:  20 minutes

                                          <u>/s/ John G. Basilone</u>
                                              Deputy Clerk