EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 642-1900
Facsimile: (973) 642-0099
Attorneys for Plaintiffs
Ross University School of Medicine and
Global Education International, Inc.

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE and GLOBAL EDUCATION INTERNATIONAL, INC., | Civil Action No. 3:13-cv-6121-AET-TJB |
| Plaintiffs, | |
| v. | **AFFIDAVIT OF SERVICE** |
| BEHZAD AMINI, WWW.ROSSU.NET, WWW.ROSSMEDICALSCHOOL.ORG, WWW.ROSSMEDSCHOOL.COM and WWW.JOHNDOEROSSINFRINGINGSITES1-20.DOE | |
| Defendants. | |

STATE OF NEW JERSEY )
                                        : ss:
COUNTY OF ESSEX        )

James P. Flynn, being of full age and duly sworn according to law, says, under oath:

1.     I am an attorney-at-law of the State of New Jersey and United States District Court for the District of New Jersey and a member of the law firm of Epstein Becker & Green, attorneys for plaintiffs Ross University School of Medicine and Global Education International, Inc.  As such, I am fully familiar with the facts herein.  I make this Affidavit of Service pursuant to Federal Rule of Civil Procedure 4 and pursuant to paragraph 9 of the October 16, 2013 Order to Show Cause with Temporary Restraints executed by the Honorable Anne E. Thompson, U.S.D.J.  (ECF #6).

2.      On October 16, 2013 at approximately 3:47 p.m., I caused a true and correct copy of the following documents to be served via Electronic Mail upon defendant Behzad Amini at bccpda@yahoo.com: (1) Order to Show Cause with Temporary Restraints; (2) Verified Complaint; (3) Exhibits to Verified Complaint; (4) Brief in Support of Request for Injunctive Relief (5) Civil Cover Sheet; (6) Rule 7.1 Disclosure Statement; and (7) Summons. (Exhibit A).

3.      Service of the items identified in paragraph 2 of this Affidavit was effectuated on October 16, 2013 in accordance with paragraph 9 of the Order to Show Cause with Temporary Restraints stating that "service by electronic means is deemed adequate and sufficient."

4.      On the evening of October 16, 2013 Mr. Amini responded with "you will have my motions before the hearing via email" thus indicating that he received the items identified in paragraph 2. (See Exhibit B at page 6).

5.      In addition, on October 17, 2003, I provided Mr. Amini with the Court's Pro Se Guide and instructions on how to access the New Jersey Federal District Court's website and were to find instructions and forms related to appearing and filing without an attorney.  (Exhibit B.)

_____
JAMES P. FLYNN

Sworn to before me this  22
day of October 2013

_____
NOTARY PUBLIC

JOHN M. CULLEN
NOTARY PUBLIC STATE OF NEW JERSEY
MY COMMISSION EXPIRES AUG. 30, 2016

2

# EXHIBIT A

| | |
|---|---|
| **From:** | James P. Flynn <JFlynn@ebglaw.com> |
| **Sent:** | Wednesday, October 16, 2013 3:47 PM |
| **To:** | bccpda@yahoo.com; unitedstates@cox.net |
| **Cc:** | William S. Gyves |
| **Subject:** | Ross University School of Medicine et al. v. Behzad Amini et al-- ORDER ENJOINING AND RESTRAINING AMINI ET AL |
| **Attachments:** | Filed Civil Cover Sheet.pdf; Filed Exhibits to Verified Complaint.pdf; Filed Memorandum of law in Support of TRO.pdf; Filed Verified Complaint.pdf; Summons to Amini.pdf; Signed Order to Show Cause.pdf; Filed Rule 7.1 Disclosure Statement.pdf; amini service letter.pdf |

Dear Mr. Amini,

Attached is a copy of the order entered by the Court today.  **Please be advised that Judge Thompson has directed that service by email will constitute valid and effective service for purposes of this TRO**, as detailed further in the attached cover letter, the text of which has been pasted below as well.  Be guided accordingly

Very truly yours,

James P. Flynn

October 16, 2013

**VIA EMAIL & FEDEX**
bccpda@yahoo.com; unitedstates@cox.net
Mr. Behzad Amini
13835 North Tatum Boulevard, #9-280
Phoenix, AZ 85032

      Re:  **Ross University School of Medicine, et al. v. Behzad Amini, et al.**
           **Case No.: 13 Civ. 06121**

Dear Mr. Amini:

        As you know, we represent the plaintiffs in the above-captioned action.  Enclosed please find copies of the Summons and the Temporary Restraining Order ("TRO") that was entered this morning by the Honorable Anne E. Thompson of the United States District Court for the District of New Jersey.

        **Please be advised that Judge Thompson has directed that service by email will constitute valid and effective service for purposes of this TRO.**  Thus, the service of our papers this morning via email was effective service.  Nonetheless, we attach additional copies with the signed TRO and related summons.

        Please also note that the TRO provides that you must <u>immediately</u>:

- cease disparaging Ross University, its agents and affiliated entities in any manner (TRO at page 3, ¶ 2(a));

- identify to the Court and the undersigned as counsel for plaintiffs each and every website that you have registered that contains the word "Ross" (TRO, bottom of page 2 at ¶ 1);

- stop using any of the Offending, Infringing Sites (as this term is defined in the attached Verified Complaint) in any manner (TRO at page 3, ¶ 2(b));

- not sell or transfer the Offending, Infringing Sites to anyone (TRO at page 3, ¶ 2(c));

- immediately turn over, or direct your agents to turn over, the Offending, Infringing Sites to me or Ross University (TRO at page 3, ¶ 3(a));

- cancel or disable, or direct your agents to cancel or disable, all website links on the Offending, Infringing Sites (TRO at page 3, ¶ 3(b)); and

- return the Offending, Infringing Sites to an inactive status pending the preliminary injunction hearing (TRO at page 3, ¶ 3(c)).

Please be guided accordingly.

Should you wish to be heard, please note that the preliminary injunction hearing will be held on October 28, 2013 at 10:30 a.m. in Courtroom 4-W of the United States Courthouse located at 402 East State Street, Trenton, New Jersey. The Order provides that any written responses that you wish to provide should be filed with the Court and served on me five days before the October 29th hearing.

Very truly yours,

James P. Flynn

JPF:kb
Enclosures

EPSTEIN
BECKER
GREEN

**James P. Flynn**  Bio
t 973.639.8285  f 973.639.8931
JFlynn@ebglaw.com

One Gateway Center ¦ Newark, NJ 07102
t 973.642.1900 ¦ www.ebglaw.com

*Think Green. Please consider the environment before you print this message. Thank you.*

CONFIDENTIALITY NOTE: This communication is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure.  Dissemination, distribution or copying of this communication or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited.  If you have received this communication in error, please call the Help Desk of Epstein Becker & Green, P.C. at (212) 351-4701 and destroy the original message and all copies.
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
Pursuant to the CAN-SPAM Act this communication may be considered an advertisement or solicitation.  If you would prefer not to receive future marketing and promotional mailings, please submit your request via email to ebgus@ebglaw.com or via postal mail to Epstein Becker & Green, P.C. Attn: Marketing Department, 250 Park Avenue, New York, NY 10177   Be sure to include your email address if submitting your request via postal mail.

**EPSTEIN
BECKER
GREEN**

Attorneys at Law

James P. Flynn
t  973.639.8285
f  973.639.8931
jflynn@ebglaw.co

October 16, 2013

**VIA EMAIL & FEDEX**
bccpda@yahoo.com; unitedstates@cox.net
Mr. Behzad Amini
13835 North Tatum Boulevard, #9-280
Phoenix, AZ 85032

   Re: **Ross University School of Medicine, et al. v. Behzad Amini, et al.**
     **Case No.: 13 Civ. 06121**

Dear Mr. Amini:

    As you know, we represent the plaintiffs in the above-captioned action.  Enclosed please find copies of the Summons and the Temporary Restraining Order ("TRO") that was entered this morning by the Honorable Anne E. Thompson of the United States District Court for the District of New Jersey.

    **Please be advised that Judge Thompson has directed that service by email will constitute valid and effective service for purposes of this TRO.**  Thus, the service of our papers this morning via email was effective service.  Nonetheless, we attach additional copies with the signed TRO and related summons.

    Please also note that the TRO provides that you must <u>immediately</u>:

- **cease disparaging Ross University, its agents and affiliated entities in any manner (TRO at page 3, ¶ 2(a));**

- **identify to the Court and the undersigned as counsel for plaintiffs each and every website that you have registered that contains the word "Ross" (TRO, bottom of page 2 at ¶ 1);**

- **stop using any of the Offending, Infringing Sites (as this term is defined in the attached Verified Complaint) in any manner (TRO at page 3, ¶ 2(b));**

- **not sell or transfer the Offending, Infringing Sites to anyone (TRO at page 3, ¶ 2(c));**

Mr. Behzad Amini
October 16, 2013
Page 2

- **Immediately turn over, or direct your agents to turn over, the Offending, Infringing Sites to me or Ross University (TRO at page 3, ¶ 3(a));**

- **cancel or disable, or direct your agents to cancel or disable, all website links on the Offending, Infringing Sites (TRO at page 3, ¶ 3(b)); and**

- **return the Offending, Infringing Sites to an inactive status pending the preliminary injunction hearing (TRO at page 3, ¶ 3(c)).**

Please be guided accordingly.

Should you wish to be heard, please note that the preliminary injunction hearing will be held on October 28, 2013 at 10:30 a.m. in Courtroom 4-W of the United States Courthouse located at 402 East State Street, Trenton, New Jersey.  The Order provides that any written responses that you wish to provide should be filed with the Court and served on me five days before the October 29th hearing.

Very truly yours,

James P. Flynn

JPF:kb
Enclosures

FIRM:23985209v1

# EXHIBIT B

| | |
|---|---|
| **From:** | James P. Flynn |
| **Sent:** | Thursday, October 17, 2013 11:34 AM |
| **To:** | Ben Amini |
| **Cc:** | William S. Gyves |
| **Subject:** | RE: Ross University School of Medicine et al. v. Behzad Amini et al-- ORDER ENJOINING AND RESTRAINING AMINI ET AL |
| **Attachments:** | ProSeGuide.pdf |

Mr Amini,

In follow up to our call, please note that at the New Jersey federal district court's website (http://www.njd.uscourts.gov/) there is a tab (close to center as you go across the page) for a menu of instructions and forms related to appearing and filing without an attorney:



You should review all aspects of that pull down menu, and should note that there is available a Guide to Pro Se Litigant, which I have attached for your convenience. Review it in full, but note specifically at page 12 the information related to electronic case filing system and your ability to establish a pacer account to file documents. You should go through that process and then file a document with this case title and docket number that is entitled "Notice of Appearance" and states that "Defendant Amini is appearing pro se," and sign and date it. Your substantive responses can be later filed in same manner, but Judge Thompson requires submission of an additional paper copy to her (Her address is available at same court website).

As to the possibility of getting counsel appointed, you can review the matters in the guide and in the pull down menu

Very truly yours



-----Original Message-----
From: Ben Amini [mailto:bccpda@yahoo.com]
Sent: Thursday, October 17, 2013 10:28 AM
To: James P. Flynn

Subject: RE: Ross University School of Medicine et al. v. Behzad Amini et al-- ORDER ENJOINING AND RESTRAINING AMINI ET AL

No problem. Thanks
---------------------------------------------
On Thu, 10/17/13, James P. Flynn <JFlynn@ebglaw.com> wrote:

Subject: RE: Ross University School of Medicine et al. v. Behzad Amini et al-- ORDER ENJOINING AND RESTRAINING AMINI ET AL
To: "Ben Amini" <bccpda@yahoo.com>
Date: Thursday, October 17, 2013, 7:24 AM

 The judge would like to hear from us
at 10:45am.

 You can call 1 888 324 2213 and enter code 973 639
8285.  Once we are connected, I will patch in judge


 James P. Flynn  | http://www.ebglaw.com/bio_JFlynn
 t 973.639.8285  | f 973.639.8931
 mailto:JFlynn@ebglaw.com

 One Gateway Center | Newark, NJ 07102
 t 973.642.1900 | http://www.ebglaw.com/

 Think Green. Please consider the environment before you
print this message. Thank you.
-----Original Message-----

 From: Ben Amini [mailto:bccpda@yahoo.com]
Sent: Thursday, October 17, 2013 10:22 AM
To: James P. Flynn
Subject: RE: Ross University School of Medicine et al. v.
Behzad Amini et al-- ORDER ENJOINING AND RESTRAINING AMINI
ET AL

 Thank you Mr. Flynn.



 ---------------------------------------------
On Thu, 10/17/13, James P. Flynn <JFlynn@ebglaw.com>
wrote:

 Subject: RE: Ross University School of Medicine et al. v.
Behzad Amini et al-- ORDER ENJOINING AND RESTRAINING AMINI
ET AL
 To: "Ben Amini" <bccpda@yahoo.com>
 Date: Thursday, October 17, 2013, 7:20 AM

 Mr. Amini,

I have called the Court and am awaiting instructions from
the Court as to availability.  I will let you know.


James P. Flynn  | http://www.ebglaw.com/bio_JFlynn
t 973.639.8285   | f 973.639.8931
mailto:JFlynn@ebglaw.com

One Gateway Center | Newark, NJ 07102
t 973.642.1900 | http://www.ebglaw.com/

Think Green. Please consider the environment before you
print this message. Thank you.
-----Original Message-----

From: Ben Amini [mailto:bccpda@yahoo.com]
Sent: Thursday, October 17, 2013 10:08 AM
To: James P. Flynn
Subject: RE: Ross University School of Medicine et al. v.
Behzad Amini et al-- ORDER ENJOINING AND RESTRAINING AMINI
ET AL

Mr. Flynn,

 I am waiting for your response. How do you want to
proceed?
 Shall I call your number or the court. I am available at
any
 time for this conference call.

Thanks
--------------------------------------------
On Thu, 10/17/13, James P. Flynn <JFlynn@ebglaw.com>
wrote:

 Subject: RE: Ross University School of Medicine et
al. v.
 Behzad Amini et al-- ORDER ENJOINING AND RESTRAINING AMINI
ET AL
 To: "Ben Amini" <bccpda@yahoo.com>
 Cc: "William S. Gyves" <WGyves@ebglaw.com>
 Date: Thursday, October 17, 2013, 5:55 AM

 Mr. Amini,

  I provided no false information, and am available to
 discuss
  with the Court at 10am eastern if that is convenient
 for

the
Court or at 11am or 11:30am  if that is more
convenient.

  If you provide me with your phone number, I can
conference
  you into a call with the Court.

  James P. Flynn  | http://www.ebglaw.com/bio_JFlynn
  t 973.639.8285  | f
973.639.8931
  mailto:JFlynn@ebglaw.com

  One Gateway Center | Newark, NJ 07102
  t 973.642.1900 | http://www.ebglaw.com/

  Think Green. Please consider the environment before
you
  print this message. Thank you.
  -----Original Message-----

  From: Ben Amini [mailto:bccpda@yahoo.com]
  Sent: Thursday, October 17, 2013 8:43 AM
  To: James P. Flynn
  Subject: Re: Ross University School of Medicine et
al. v.
  Behzad Amini et al-- ORDER ENJOINING AND RESTRAINING
AMINI
  ET AL

  Mr. Flynn,

  I just talked to judge Thomson and she suggested we
have a
  three way phone conversation with her regarding this
issue,
  as I was not present in the court and you submitted
false
  information to the court in order to get the TRO.

  When is the good time to have this conference call?

  Thanks

  -------------------------------------------
  On Wed, 10/16/13, James P. Flynn <JFlynn@ebglaw.com>

wrote:

   Subject: Re: Ross University School of
Medicine et
   al. v.
   Behzad Amini et al-- ORDER ENJOINING AND RESTRAINING
AMINI
   ET AL
   To: "Ben Amini" <bccpda@yahoo.com>
   Date: Wednesday, October 16, 2013, 3:37
PM

   Mr Amini,

   While I appreciate your advising me of
your intention
   to
   respond with timely submissions, please
understand
   that
   the
   order does more than schedule your
response.
   It
   requires that you comply with its
provisions to cease
   and
   desist in certain activities and to take
certain
   affirmative
   steps as outlined in my correspondence and
in the
   order
   itself.

   You must yourself takes those steps
necessary to
   remove
   disable and remove from public view the
posted
   content,
   place the offending URLs in a blank,
inactive status,
   and
   transfer the registrations to plaintiffs,
among
   things.  If that requires that you
give
   instructions,
   approvals or authorizations to registrars,
hosting
   companies

or other third parties, you must do so and
you will
be in
contempt of the court for non compliance
with its
order.

Very truly yours,

James Flynn

Sent from my iPad

> On Oct 16, 2013, at 5:18 PM, "Ben
Amini" <bccpda@yahoo.com>
wrote:
>
> Thank you Mr. Flynn for your
response. You will
have
my
motions before the hearing via email.
>
> Thanks
>
>
>
>
>
>
>
>
>
>
>
>
>
>
James P. Flynn  | http://www.ebglaw.com/bio_JFlynn
t 973.639.8285   | f
973.639.8931
mailto:JFlynn@ebglaw.com

One Gateway Center | Newark, NJ 07102
t 973.642.1900 | http://www.ebglaw.com/

Think Green. Please consider the
environment before
you
print this message. Thank you.
---------------------------------------------

> On Wed, 10/16/13, James P. Flynn
<JFlynn@ebglaw.com>
wrote:
>
> Subject: Ross University School of
Medicine et
al. v.
Behzad Amini et al-- ORDER ENJOINING AND
RESTRAINING
AMINI
ET AL
> To: "bccpda@yahoo.com"
<bccpda@yahoo.com>,
"unitedstates@cox.net"
<unitedstates@cox.net>
> Cc: "William S. Gyves" <WGyves@ebglaw.com>
> Date: Wednesday, October 16, 2013,
12:46 PM
>
>
>
>
>
>
>
>
>
>
>
>
>
>
> Dear Mr. Amini,
>
> Attached is a copy of the
> order entered by the Court today.
>  Please be
> advised that Judge Thompson has
directed that
service
by
> email will constitute valid and
effective
service for
> purposes of this TRO, as detailed
further
>  in the attached cover letter,
the text of
which
has been
> pasted below as well.  Be

guided
  accordingly
  >
  > Very truly yours,
  >
  > James P. Flynn
  >
  >
  >
  >
  >
  > October 16, 2013
  > VIA EMAIL &
  > FEDEX
  > bccpda@yahoo.com;
  > unitedstates@cox.net
  > Mr. Behzad Amini
  >
  > 13835 North Tatum Boulevard, #9-280
  >
  > Phoenix, AZ 85032
  >
  >
  >
  >
  >
  > Re:
  >
  >
  > Ross University School of
  > Medicine, et al. v. Behzad Amini, et
al.
  > Case No.: 13 Civ.
  > 06121
  >
  >
  >
  >
  >
  > Dear Mr. Amini:
  > As you know, we represent the
  > plaintiffs in the above-captioned
action.
  Enclosed
  > please find copies of the Summons
  >  and the Temporary Restraining
Order
  ("TRO")
  that was
  > entered this morning by the Honorable
Anne E.
  Thompson

8

of
> the United States District Court for
the
District of
New
> Jersey.
>
> Please be advised that Judge
> Thompson has directed that service by
email
will
constitute
> valid and effective service
> for purposes of this TRO.
Thus, the
service
of our
> papers this morning via email was
effective
service.
> Nonetheless, we attach additional
copies with
the
signed TRO
> and related
> summons.
> Please also note that the TRO
> provides that you must
> immediately:
>
> ·
> cease disparaging Ross University,
> its agents and affiliated entities in
any manner
(TRO
at
> page 3, ¶ 2(a));
>
> ·
> identify to the Court and the
> undersigned as counsel for plaintiffs
each and
every
website
> that you have registered that
contains the word
"Ross"
> (TRO, bottom of
> page 2 at ¶ 1);
>
> ·
> stop

> using any of the Offending,
Infringing Sites (as
 this
 term
 > is defined in the attached Verified
Complaint)
 in any
 manner
 > (TRO at page 3, ¶ 2(b));
 >
 > ·
 > not
 > sell or transfer the Offending,
Infringing Sites
 to
 anyone
 > (TRO at page 3, ¶ 2(c));
 >
 > ·
 > immediately turn over, or direct
 > your agents to turn over, the
Offending,
 Infringing
 Sites to
 > me or Ross University (TRO at page 3,
¶
 > 3(a));
 >
 > ·
 > cancel or disable, or direct your
 > agents to cancel or disable, all
website links
 on the
 > Offending, Infringing Sites (TRO at
page 3, ¶
 3(b));
 > and
 >
 > ·
 > return the Offending, Infringing
 > Sites to an inactive status pending
the
 preliminary
 > injunction hearing (TRO at page 3, ¶
3(c)).
 >
 > Please be guided
 > accordingly.
 >
 > Should you wish to be heard,
 > please note that the preliminary
injunction

hearing
 will be
 > held on October 28, 2013 at
 >  10:30 a.m. in Courtroom 4-W of
the United
 States
 Courthouse
 > located at 402 East State Street,
Trenton, New
 Jersey.
 > The Order provides that any written
responses
 that
 you
 wish
 > to provide should be filed with the
Court and
 served
 on
 me
 > five days before the
 >  October 29th hearing.
 >
 > Very truly yours,
 >
 >
 >
 >
 >
 >
 >
 > James P. Flynn
 > JPF:kb
 > Enclosures
 >
 >
 >
 >
 >
 >
 >
 >
 >
 >
 >
 >
 > James P. Flynn | Bio
 >
 >
 > t 973.639.8285 | f
 > 973.639.8931
 >

> JFlynn@ebglaw.com
>
>
>
> One Gateway Center | Newark, NJ
> 07102
>
> t 973.642.1900 | www.ebglaw.com
>
>
>
>
> Think
> Green. Please consider the
environment before
 you
 print
> this message. Thank you.
>
>
>
>
>
>
>
>
>
> CONFIDENTIALITY NOTE: This
communication is
 > intended only for the person or
entity to which
 it is
 > addressed and may contain information
that is
 privileged,
 > confidential or otherwise protected
 > from disclosure.
Dissemination,
 distribution or
 > copying of this communication or the
 information
 herein
 by
 > anyone other than the intended
recipient, or an
 employee or
 > agent responsible for delivering the
message to
 the
 intended
 > recipient, is prohibited.  If
 > you have received this

communication in
 error,
  please call
  > the Help Desk of Epstein Becker &
Green,
 P.C. at
  (212)
  > 351-4701 and destroy the original
message and
 all
  > copies.
  >
  > To ensure
  > compliance with requirements imposed
by the IRS,
 we
 inform
  > you that any U.S. federal tax advice
contained
 in
 this
  > communication (including any
attachments) is
 not
 intended or
  > written to
  >  be used, and cannot be used,
for the
 purpose of
  (i)
  > avoiding penalties under the Internal
Revenue
 Code or
  (ii)
  > promoting, marketing or recommending
to another
 party
 any
  > transaction or matter addressed
herein.
  >
  > Pursuant to
  > the CAN-SPAM Act this communication
may be
 considered
 an
  > advertisement or solicitation.
If you
 would
 prefer not
  > to receive future marketing and
promotional

mailings,
 please
 > submit your
 >  request via email to ebgus@ebglaw.com or
 via postal mail to Epstein Becker
 > & Green, P.C. Attn: Marketing
 >  Department, 250 Park Avenue,
New York, NY
 10177.  Be
 > sure to include your email address if
submitting
 your
 > request via postal mail.EBGST041706
 >
 >
 >
 >
 >
 >
 >
 >