Behzad Amini – Pro Se
13835 N. Tatum Blvd #9-280
Phoenix, AZ 85032
602-980-0900
bccpda@yahoo.com

October 22, 2013
**Civil Action No: 3:13 -CV-06121**

RECEIVED
OCT 24 2013
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## Certificate of Service

I certify that I served the Response to plaintiffs' verified motion for preliminary injunction against Behzad Amini on Mr. James P. Flynn, by email, at his email address JFlynn@ebglaw.com on October 22, 2013

Behzad Amini