EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, New Jersey 07102
Telephone:  (973) 642-1900
Facsimile:   (973) 642-0099
Attorneys for Plaintiffs
Ross University School of Medicine and
Global Education International, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE and GLOBAL EDUCATION INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEHZAD AMINI, WWW.ROSSU.NET, WWW.ROSSMEDICALSCHOOL.ORG, WWW.ROSSMEDSCHOOL.COM and WWW.JOHNDOEROSSINFRINGINGSITES1-20.DOE <br><br> Defendants. | Civil Action No. 3:13-cv-6121-AET-TJB <br><br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on this date the within Reply Memorandum of Law in Further Support of Plaintiffs' Application for a Preliminary Injunction, Declaration of James P. Flynn, and proposed form of Order, to be filed via Electronic Case Filing (ECF) with the Clerk of the United States District Court for the District of New Jersey, and to be served upon defendant via ECF and e-mail (bccpda@yahoo.com) to Behzad Amini, defendant *pro se*. Parties may access this filing through the Court's ECF system.

*s/ James P. Flynn*
James P. Flynn
Epstein Becker & Green, P.C.
One Gateway Center, 13th Floor

FIRM:24055905v1

                Newark, New Jersey 07102-5311
                Telephone:  (973) 642-1900
                Facsimile:  (973) 642-0099
                Email:  jflynn@ebglaw.com

DATED:  October 25, 2013