```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       Minutes of Proceeding
```

OFFICE: Trenton
JUDGE ANNE E. THOMPSON                      Date: October 28, 2013
Court Reporter/ESR: M. Kalbach

TITLE OF CASE:                              CIVIL **13-6121**

ROSS UNIVERSITY SCHOOL OF MEDICINE, et al.
vs.
AMINI BEHZAD


APPEARANCES:
James P. Flynn, Esq. & Willaim S. Gyves, Esq. for plaintiffs
Behzad Amini defendant pro se.(via telephone)
No parties present.

NATURE OF PROCEEDINGS: CONTINUATION OF SHOW CAUSE HEARING

Ordered temporary restraints currently in place to be continued.


TIME COMMENCED: 10:50
TIME ADJOURNED: 11:20
TOTAL TIME:  30 minutes


                                         /s/ John G. Basilone
                                             Deputy Clerk