**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ROSS UNIVERSITY SCHOOL OF MEDICINE AND GLOBAL EDUCATION**, | Case No.: 3:13 -CV-06121 |
| **Plaintiff,** | |
| **vs.** | **MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12B(2), AND 12B(3)** |
| **BEHZAD AMINI,** | |
| **Defendant** | |

**PLEASE TAKE NOTICE THAT,** on December 2, 2013, at 10:00 a.m., or as soon thereafter as defendant may be heard, Defendant, Behzad Amini, Pro Se, will move before the Honorable Ann. Thompson for an Order dismissing all claims of Plaintiff Ross University and Global Education, pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3).

**PLEASE TAKE FURTHER NOTICE THAT** Defendant will rely on the accompanying memorandum of law and Certification of defendant, with attached exhibits.

.

Date:  October 28, 2013

_____
Behzad Amini – Pro Se
13835 N. Tatum Blvd #9-280
Phoenix, AZ 85032
602-980-0900
bccpda@yahoo.com