Behzad Amini – Pro Se
13835 N. Tatum Blvd #9-280
Phoenix, AZ 85032
602-980-0900
bccpda@yahoo.com

October 22, 2013
**Civil Action No: 3:13 -CV-06121**

## Certificate of Service

I certify that I served the Motion to Dismiss Plaintiff's Complaint, Pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3) on Mr. James P. Flynn, by email, at his email address JFlynn@ebglaw.com on October 28, 2013

                                                          Behzad Amini