UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ROSS UNIVERSITY SCHOOL OF MEDICINE AND GLOBAL EDUCATION**,<br><br>    **Plaintiff,**<br><br>vs.<br><br>**BEHZAD AMINI,**<br><br>    **Defendant** | Case No.: 3:13 -CV-06121<br><br><br>**MOTION TO TRANSFER VENUE PURSUANT TO FED. R. CIV. P.1404** |

**PLEASE TAKE NOTICE THAT,** on December 2, 2013, at 10:00 a.m., or as soon thereafter as defendant may be heard, Defendant, Behzad Amini, Pro Se, will move before the Honorable Ann. Thompson for an order to transfer venue pursuant to 28 U.S.C. § 1404(a) .

**PLEASE TAKE FURTHER NOTICE THAT** Defendant will rely on the accompanying memorandum of law and Certification of defendant, with attached exhibits.

.

Date:  October 28, 2013

Behzad Amini – Pro Se
13835 N. Tatum Blvd #9-280
Phoenix, AZ 85032
602-980-0900
bccpda@yahoo.com