Behzad Amini – Pro Se
13835 N. Tatum Blvd #9-280
Phoenix, AZ 85032
602-980-0900
bccpda@yahoo.com

October 22, 2013
**Civil Action No: 3:13 -CV-06121**

# Certificate of Service

I certify that I served the Motion to Transfer Venue Under 28 U.S.C. § 1404 on Mr. James P. Flynn, by email, at his email address JFlynn@ebglaw.com on October 28, 2013.

Behzad Amini