Behzad Amini – Pro Se
13835 N. Tatum Blvd #9-280
Phoenix, AZ 85032
602-980-0900
bccpda@yahoo.com

October 29, 2013
**Civil Action No: 3:13 -CV-06121**

<u>VIA MAIL DELIVERY</u>
Clerk
United States District Court District of New Jersey
Clarkson F. Fisher Federal Bldg. & U.S. Courthouse 402 East State Street
Trenton , New Jersey 08608

Re:   Ross University School of Medicine, et al. v. Behzad

Amini Dear Sir/Madam:

My Name is Behzad Amini and I am the defendant in above case. Enclosed for filing are the original and one (2) copy of the following documents:

1. Defendant's Amended Response to Preliminary Injunction;

2. Exhibits for Amended Response to Preliminary Injunction;

3. Defendant's motion to dismiss under Fed.R.Civ.12(b)(2), 12(b)(3);

4. Exhibits for motion to dismiss under Fed.R.Civ.12(b)(2), 12(b)(3);

5. Notification for motion to dismiss under Fed.R.Civ.12(b)(2), 12(b)(3);

6. Defendant's motion to change venue under Fed.R.Civ.1404(a);

7. Exhibits for motion to change venue under Fed.R.Civ.1404(a);

8. Notification for motion to change venue under Fed.R.Civ.1404(a);

9. Certificate of service for all the above.

I have also enclosed an electronic version of these files on pfd for your convenience. Please mail me back the memory disk at you convenience.

Respectfully submitted,

Behzad Amini

cc:   District Court Judge Ann. Thompson (to be assigned w/encls.
      via mail)
      James Flynn (w/encls. via e-mail)