Behzad Amini – Pro Se
13835 N. Tatum Blvd #9-280
Phoenix, AZ 85032
602-980-0900
bccpda@yahoo.com

VIA MAIL
Hon. Anne E. Thompson, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

November 4, 2013

RECEIVED
NOV - 7 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

RECEIVED
NOV 0 7 2013
Chambers of
Anne E. Thompson, U.S.D.J.

Re:  Ross University School of Medicine, et al. v. Behzad Amini, et al.
     Case No.: 3:13 cv 06121

Dear Judge Thompson:

My name is Behzad Amini and I am the defendant in the above-referenced action. On November 4, 2013, Attorney Flynn wrote a letter to this court, making false statements in order to convince this court in rendering an injunctive relief. Attorney Flynn specifically stated:

> "Contrary to Mr. Amini's characterization, Woodward is not a "multiple domain" case. It is a single website case and thus has no relevance to this case…"

Attached here as **Exhibit-A** is AUA's request for a preliminary injunction against Steven Woodward. In their application for a preliminary injunction, the plaintiff AUA stated that Steven Woodward registered two domains, *aua-med.com* and *aua-vet.com*.

Furthermore, attached here as **Exhibit-B** is Steven Woodward's admission that he registered two domains, *aua-med.com* and *aua-vet.com*. The Exhibit also has a picture of the actual websites for the court's reference.

Please note that AUA tried twice to get a preliminary injunction against Woodward's websites, with Federal judge Duggan denying each request.

I object to Mr. Flynn's improper and misleading statements and ask this court to sanction the plaintiffs for making false statement to the court. This is not the first time the plaintiff has lied to this court. The plaintiff lied in their application for an injunctive relief by stating:

> "Further, the site www.RossU.net advocates for DeVry investors to "dump" their DeVry stock --presumably in the hope of inflicting grave financial harm on RUSM and other DeVry entities. The site contains such commentary as: ""DeVry, AUC and Ross are shady, corrupt institutions, shareholders should dump this stock, congress should reevaluate providing loan funds to these corporations that take advantage of students and do not provide adequate services or even what they advertise."

The above statement is from Bloomberg's website (**Exhibit-C**). The plaintiff, though, is trying to attribute the statement to my website. This action to try to convince this court to render an injunctive relief is deceitful.

Hon. Anne. E. Thompson, U.S.D.J.
November 4, 2013
Page 2

    Your honor, I am Pro Se in this case and I have neither the legal skills, nor an entire law firm at my disposal to entertain a response towards these false allegations. Attorney Flynn's continued efforts to mislead and outright lie to this court is an indication of his inability to understand his professional responsibilities as an attorney.

    Lastly, I beg this court to read the content of my website, as attached in my response to the plaintiffs' motion for a preliminary injunction. There is not a single word of defamation against anyone. I beg this court to dismiss the plaintiff's motion for preliminary injunction and to not impose a restraint on my free speech.

                                                    Respectfully submitted,

                                                    Behzad Amini – Pro Se

cc:    James Flynn (via Email)