# EXHIBIT-B

Case 2:10-cv-10978-PJD-MJH

FILED

2010 NOV -3 P 3: 01

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

AMERICAN UNIVERSITY OF ANTIGUA,
COLLEGE OF MEDICINE, a foreign corporation,

Plaintiff,

V

CASE No.: 2:10-cv-10978-PJD-MJH
Judge Patrick J. Duggan
Magistrate Judge

STEVEN WOODWARD,

Defendant,

**Defendant's Response to Plaintiff's Renewed Motion for Preliminary Injunction**

**Defendant's Response to Plaintiff's Renewed Motion for Preliminary Injunction**

**List of Exhibits:**
Exhibit 1: Email from "support-en@support.gandi.net"
Exhibit 2: www.aua-vet.com home page.
Exhibit 3: Description of what was modified on or about 4/19/2010.
Exhibit 4: Docket 1
Exhibit 5: www.aua-med.com

1) If the Plaintiff, American University of Antigua, AUA, had a case they would not needed an adjournment for 60 days, as per Docket 45, page 3, letter C.

Now the Plaintiff requests another injunction due to irreparable injury, which was previously found by the Court to be not needed.
Per 4/19/2010 hearing transcripts:
Page 58, line 13, The Court "**I'm not satisfied that they're false, there's your problem; not yours, his too, okay.**"

page 60, line 14, The Court "**so there won't be a preliminary injunction and that's what you're getting in your favor.**"

2) The Defendant was right by reinstating their Web site on their return from overseas. The Defendant notified the Court of their return, as requested by the Court and paid respect to the Court concerning the reinstatement of www.aua-med.com.

The Court has already established the following in Docket 37, page 4 "**that it would be impossible in the time allowed to analyze the truth or falsehood of the various statements on Woodward's website, the Court suggested to Woodward the possibility of taking down his website until he returned to the country and could litigate this case**".

The Plaintiff conveniently does not provide the Court with a complete and accurate representation of the home page for www.aua-med.com.

Omitted from Exhibit A, of Docket 45-2, page 2 of 2
(**This is not the official American University of Antigua, AUA, site.**)

This is yet another attempt by the Plaintiff to deceive the Court.

3) The Defendants second website is a mirror site (a back-up, safe stored copy), of which was established on or about 9/23/2009, prior to the Plaintiff's filing their claims on or about 3/11/2010, Docket 1(Exhibit 4).

Exhibit 1 is the confirmation and registration of www.aua-vet.com, dated 9/23/2009.

American University of Antigua    http://www.aua-vet.com/

Case 3:13-cv-06121-AET-TJB   Document 17-2   Filed 11/07/13   Page 4 of 6 PageID: 793
2:10-cv-10978-PJD-MJH   Doc # 46   Filed 11/03/10   Pg 8 of 23   Pg ID 856

# Learn the truth about

# AMERICAN UNIVERSITY of ANTIGUA

ENTER



**UNDER CONSTRUCTION**

(This is not the official American University of Antigua, AUA, site.)

**EXHIBIT 2**

The truth about American University of Antigua - Mozilla Firefox

File Edit View History Bookmarks Yahoo! Tools Help

http://www.aua-med.com/

Most Visited | Getting Started | Latest Headlines | Customize Links | Free Hotmail | RealPlayer | Windows Marketplace | Windows Media | Windows

WEB SEARCH

The truth about American University...

Home | Video Index | Antigua | AUA | Corruption | Faculty | Student Testimonials | Hospitals | Exam Master | Downloads | Contacts

## The truth about AUA that all students should know!

### American University of Antigua

This Web site is intended to ensure you are well informed about this institution and the hospitals they do business with.

Hopefully, this prevents you from wasting years of your life and possibly as much as $150,000 in tuition alone.

Consider yourself informed about the business practices of AUA.

### Antigua only has a 22.9% USMLE Pass Rate!

### AUA student sexually assaulted!

Learn more truth about rape, murder, and other crimes on Antigua!

- Home
- Video Index
- Antigua
- AUA
- Corruption
- Faculty
- Student Testimonials
- Hospitals
- Exam Master
- Downloads
- Contacts

This site contains evidence about AUA:

- **Fraud**
- **Falsifying Student Grades**
- **Breach of Contract**
- **Disregard for Student Civil Rights**



EXHIBIT 5

# The truth about AUA that all students should know!

Home | Video Index | Antigua | AUA | Corruption | Faculty | Student Testimonials | Hospitals | Exam Master | Downloads | Contacts

- **Falsifying Student Grades**

- **Breach of Contract**

- **Disregard for Student Civil Rights**

- **Conspires Against Students**

and other unethical practices by AUA and the hospitals they do business with.

"**The Memo**" is a link to evidence about a letter that had no other than malicious intensions. This demonstrates the pure heinous nature of the administration and academic advisors of both AUA and St Joseph Mercy Oakland hospital of Trinity Healthcare network.

"**Video Index**" is the complete list of videos.

The documents included on this site are: court exhibits, depositions, interrogatories, student records, emails from student and faculty, recordings, pictures, and other documentation.

If these businesses do this to their students, one can only imagine what they do to their patients.

This web site is dedicated to all the students whose lives, careers, and dreams were ruined by AUA.

(This is not the official American University of Antigua, AUA, site.)

Sidebar: Home | Video Index | Antigua | AUA | Corruption | Faculty | Student Testimonials | Hospitals | Exam Master | Downloads | Contacts

2