# EXHIBIT-C

this the path that you have chosen you will do all you can to try and fulfill your dream. Did you apply to medical school? Did you go through opening numerous envelopes/emails stating rejection after rejection? Students from Caribbean medical schools work just as hard as US medical schools and as we have seen about 79% have secured a categorical spot in residency. Mikehawk, I think you should reconsider the fact that these students are not "complaining" rather they are stating what hardships they have overcome and the opportunities they have come across because these Caribbean medical schools exist.

1 ^ v  Share ›



**jwill674** · a month ago

Devry, AUC and Ross are shady, corrupt institutions, shareholders should dump this stock, congress should reevaluate providing loan funds to these corporations that take advantage of students and do not provide adequate services or even what they advertise.

4 ^ v  Share ›

**Tony Mack** → jwill674 · a month ago

You are one of very few who criticize the for-profit schools. I have actually written to the author in thanking her for shedding light on this "industry", and will repeat much of what I said.

As a Canadian, I am always puzzled by the 3-tier system of university education: Ivey League (private & expensive), state funded, and for-profit. In Canada, we have only public funded universities. The tuitions for non-medical