EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, New Jersey 07102
Telephone:  (973) 642-1900
Facsimile:   (973) 642-0099
Attorneys for Plaintiffs
Ross University School of Medicine and
Global Education International, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE and GLOBAL EDUCATION INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEHZAD AMINI, WWW.ROSSU.NET, WWW.ROSSMEDICALSCHOOL.ORG, WWW.ROSSMEDSCHOOL.COM and WWW.JOHNDOEROSSINFRINGINGSITES1-20.DOE <br><br> Defendants. | Civil Action No. 3:13-cv-6121-AET-TJB <br><br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on this date I caused the within Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Verified Complaint or, Alternatively, to Transfer Venue and Declaration of Andrew Andress, to be filed via Electronic Case Filing (ECF) with the Clerk of the United States District Court for the District of New Jersey, and to be served upon defendants via ECF to Behzad Amini, defendant *pro se*.  Parties may access this filing through the Court's ECF system.

FIRM:24200718v1

|  |  |
|---|---|
|  | *s/ James P. Flynn* |
|  | James P. Flynn |
|  | Epstein Becker & Green, P.C. |
|  | One Gateway Center, 13th Floor |
|  | Newark, New Jersey 07102-5311 |
|  | Telephone:  (973) 642-1900 |
|  | Facsimile:  (973) 642-0099 |
|  | Email:  jflynn@ebglaw.com |
| DATED:  November 18, 2013 |  |

FIRM:24200718v1