Behzad Amini – Pro Se
13835 N. Tatum Blvd #9-280
Phoenix, AZ 85032
602-980-0900
bccpda@yahoo.com

November 19, 2013
**Civil Action No: 3:13 -CV-06121**

VIA MAIL DELIVERY
Clerk
United States District Court District of New Jersey
Clarkson F. Fisher Federal Bldg. & U.S. Courthouse 402 East State Street
Trenton , New Jersey 08608

    Re:   Ross University School of Medicine, et al. v. Behzad

Amini Dear Sir/Madam:

My Name is Behzad Amini and I am the defendant in above case. Enclosed for filing are the original and one (1) copy of the following documents:

    1.    Letter to Honorable Judge Anne E. Thompson; Hard Copy x1
    2.    Reply Brief, Exhibits, Decleration: PDF in Electronic Media

Respectfully submitted,

Behzad Amini

cc:    District Court Judge (to be assigned w/encls. via mail)
        James Flynn (w/encls. via ECF)