## DECLARATIONS

I, Behzad Amini, hereby verify and certify under 28 U.S.C. § 1746 to the following facts:

1. Defendant Behzad Amini resides in Phoenix, Arizona. He has no connection to the state of New Jersey. He doesn't own property, bank accounts, maintain an office or an agent, or directs any business specifically to New Jersey. Mr. Amini has never resided in New Jersey.

2. The defendant owes US taxpayers $239,375 as result of his medical education at Ross University.

3. The defendant is <u>unemployed</u> and is unable to pay his student loan.

4. The defendant has less than $700 left in his bank account.

5. The defendant cannot afford an attorney.

6. The defendant has no health insurance plan.

7. The defendant has not been able to visit his 7 years old daughter in Canada due to financial difficulties.

I certify under penalty of perjury that the foregoing is true and correct.

**Dated: 28 of October, 2013.**



_____
Behzad Amini – Pro Se