# EXHIBIT F

**James P. Flynn**

| | |
|---|---|
| **From:** | Ben Amini <bccpda@yahoo.com> |
| **Sent:** | Wednesday, December 04, 2013 6:54 PM |
| **To:** | James P. Flynn |
| **Subject:** | Re: Ross v. Amini- |

You can do what ever you want. In any event, none of these matters in few days and no one will be able to yank away my free speech.
--------------------------------------------
On Wed, 12/4/13, James P. Flynn <JFlynn@ebglaw.com> wrote:

Subject: Re: Ross v. Amini-
To: "Ben Amini" <bccpda@yahoo.com>
Date: Wednesday, December 4, 2013, 3:24 PM


Mr
Amini

I will limit future
service of papers in this action to ECF only.

Such limitation is without
prejudice to any communications necessary on my clients'
behalf as to other matters or the the extent court requires
personal contact outside of ECF in this matter.

Have a good evening

Jim

Sent from my iPhone

> On Dec 4, 2013, at 5:38 PM, "Ben
Amini" <bccpda@yahoo.com>
wrote:
>
> Do not
contact me directly. All your communication should come
through the court. Do I make myself clear to you?
>
>
>
>
>
James P. Flynn  |  http://www.ebglaw.com/bio_JFlynn
 t 973.639.8285   | f
973.639.8931
 mailto:JFlynn@ebglaw.com

1

One Gateway Center | Newark,
NJ 07102
t 973.642.1900 | http://www.ebglaw.com/

Think Green. Please consider
the environment before you print this message. Thank
you.
-------------------------------------------

> On Wed, 12/4/13, James P.
Flynn <JFlynn@ebglaw.com>
wrote:
>
> Subject:
FW: Ross v. Amini-
> To: "bccpda@yahoo.com"
<bccpda@yahoo.com>
> Date: Wednesday, December 4, 2013, 2:28
PM
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
Mr Amini,
>
> Please
see attached letter and
> case.
>
> Jim
>
>
>
>
>
>
>
>
>
>

>
James P. Flynn | Bio
>
>
> t 973.639.8285 | f
> 973.639.8931
>
> JFlynn@ebglaw.com
>
>
>
> One Gateway Center |
Newark, NJ
> 07102
>
> t 973.642.1900 |
www.ebglaw.com
>
>
>
>
>
Think
> Green. Please consider the
environment before you print
> this
message. Thank you.
>
>
>
>
>
>
>
>
>
>
CONFIDENTIALITY NOTE: This communication is
> intended only for the person or entity to
which it is
> addressed and may contain
information that is privileged,
>
confidential or otherwise protected
>
from disclosure.  Dissemination, distribution or
> copying of this communication or the
information herein by
> anyone other than
the intended recipient, or an employee or
> agent responsible for delivering the
message to the intended

> recipient, is
prohibited.  If
>  you have received
this communication in error, please call
> the Help Desk of Epstein Becker &
Green, P.C. at (212)
> 351-4701 and
destroy the original message and all
>
copies.
>
> To
ensure
> compliance with requirements
imposed by the IRS, we inform
> you that
any U.S. federal tax advice contained in this
> communication (including any attachments)
is not intended or
> written to
>  be used, and cannot be used, for the
purpose of (i)
> avoiding penalties under
the Internal Revenue Code or (ii)
>
promoting, marketing or recommending to another party any
> transaction or matter addressed herein.
>
> Pursuant to
> the CAN-SPAM Act this communication may be
considered an
> advertisement or
solicitation.  If you would prefer not
>
to receive future marketing and promotional mailings,
please
> submit your
>  request via email to ebgus@ebglaw.com or
via postal mail to Epstein Becker
> &
Green, P.C. Attn: Marketing
>
Department, 250 Park Avenue, New York, NY 10177.  Be
> sure to include your email address if
submitting your
> request via postal
mail.EBGST041706
>
>
>
>
>

4

>
>

# EXHIBIT G

# Joseph Flaherty

Dr. Joseph Flaherty is the dean at Ross University School of Medicine (RUSM).

Prior to joining RUSM, Flaherty was dean of the University of Illinois College of Medicine (UIC), the nation's largest medical school, for more than six years. Before accepting the lead position at the college, Flaherty was head of the Department of Psychiatry at UIC. A medical faculty member, clinician and researcher since 1975, he received his undergraduate degree at the University of Illinois at Urbana-Champaign and his medical degree from the University of Illinois College of Medicine's Chicago campus, where he also completed an internship in pediatrics and a residency in psychiatry. He received additional research training in social psychiatry at UIC and in sociology at London University.



**Joseph Flaherty**
MD - Dean and Chancellor of Ross University School of Medicine

Email: jflaherty@rossu.edu
(http://campusuite.innersync.commailto:jflah

A professor of psychiatry, Flaherty has more than 25 years of National Institutes of Health (NIH) funding in the areas of gender, depression and alcoholism. He has been funded by many private foundations for a variety of work ranging from the psychobiology of depression to the mental health of immigrants in central and South America, Russia and Israel. His clinical work has focused on major psychiatric disorders and impaired physicians. He has published more than 200 professional papers, books and chapters. He is a distinguished fellow in the American Psychiatric Association and a fellow of the American College of Psychiatry and has served on a many national and international committees, including those of the World Health Organization, Institute of Medicine of the National Academies and the NIH. He has been selected for a number of "Best Doctor" lists including Castle Connolly's "America's Top Doctors.

### Education

University of Illinois, Urbana, Psychology
University of Illinois, College of Medicine (MD)
University of Illinois Hospital, Pediatrics (Internship)
University of Illinois Hospital, Psychiatry (Residency)

Dean Flaherty's Full CV (http://campusuite.innersync.com/medical-school/documents/Joseph_A_Flaherty_CV.pdf)

**Back**

**(http://campusuite.innersync.comjavascript: history.go(-1);)**



**Live Chat Hours**
M-F: 9am to 5pm EST

**Questions?** Just fill out
the form to contact our
Admissions Department.

## Contact Admissions

First Name

Last Name

Phone Number

Email Address

SUBMIT

## CURRICULUM VITAE

### JOSEPH A. FLAHERTY, M.D.

## EDUCATION

College:
University of Illinois, Urbana, Psychology

Medical School:
University of Illinois, College of Medicine,
Chicago, Illinois, M.D.,

Internship:
University of Illinois Hospital, Pediatrics

Residency:
University of Illinois Hospital, Psychiatry

## POST-GRADUATE TRAINING

Administrative Psychiatry Preceptorship. American Psychiatric Association,
Mel Sabshin, M.D., Medical Director. Summer,

Research Training:   Dr. Theodore Millon(Psychology)University of Illinois
Dr. George Brown(Sociology)  University of London

## PROFESSIONAL EXPERIENCE

Staff Psychiatrist - Veterans Administration West Side Hospital, Chicago, 1975-78

Chief of Psychiatry - Veterans Administration West Side Hospital, Chicago, 1976-78

Director of Undergraduate Education - Department of Psychiatry, University of Illinois, 1978-89

Associate Dean for Education, College of Medicine 1980 – 81.

Director of Graduate Education - Department of Psychiatry, University of Illinois, 1982-1991

Chief of Clinical Service, Department of Psychiatry, University of Illinois, 1991

Chief of Psychiatry, University of Illinois Hospital, 1996 – 2004

Deputy Head, Department of Psychiatry - University of Illinois, 1991-98

Head, Department of Psychiatry - University of Illinois, 1998 – 2004

Dean, College of Medicine – University of Illinois, 2004 - Present

1

SeniorExaminer - American Board of Psychiatry and Neurology, Inc., 1976-1983
Senior Examiner, 1984 – present

Scientist, MacArthur Research Network/Psychobiology of Depression, 1985-1992

## JOURNAL EDITING, REVIEW

Associate Editor: Encyclopedia of Disabilities

Reviewer: *American Journal of Psychiatry, Archives of Internal Medicine, Hospital and Community Psychiatry, Gastroenterology, Journal of Nervous and Mental Disease, Cardiology, Psychiatry in Medicine, Academic Psychiatry, Archives of General Psychiatry, Psychosomatics*

## CONSULTATION EXPERIENCE

- -Near West Side Organization 1973-78

- -Pilsen Mental Health Center 1973-76

- - V.A. West Side Hospital, 1978 - present

- - Grants Review Committee, National Institute of Mental Health, Psychiatric Education Branch, 1978-1981

- - John Wiley and Sons, Publishers, 1979 -

- - National Institute of Mental Health, Lima, Peru, 1983 – present

- - Appleton-Century Crofts, Publishers, 1984

- - APA Committee on Graduate Medical Education, 1985 – 1989
- - Member, Committee on

- - Falk Institute, Jerusalem, 1986

- - Psychiatric Services and Liaison Division, National Institute of Mental Health, 1986-1992

- - Various committees/sections at NIH and Institute of Medicine

## FACULTY

Assistant Professor of Psychiatry - University of Illinois College of Medicine, 1975-1981

Associate Professor of Psychiatry, 1981-1987 - UIC 1981-1988

Professor of Psychiatry, 1987 - present

Professor of Community Health Science, School of Public Health, UIC, 1988 – present

Dean, College of Medicine(Chicago, Peoria, Rockford, Urbana-Champaign), 2004-present

## DEPARTMENT OF PSYCHIATRY ACTIVITIES

Advisory Committee, 1978 - present

Chair, Residency Training Committee 1982-1991

Chair, Junior Faculty Recruitment Committee 1990-1998

Residency Seminars:

> Social Psychiatry, Seminar Co-Leader, 1980-1989
> Interview Technique, Seminar Leader, 1984
> Psychopathology, Lecturer, 1985
> Clinical Neuroscience, Lecturer, 1988-1993
> Group Psychotherapy, Seminar Leader, 1990

## RESIDENT SUPERVISION

Resident research projects: >150 since 1978

Undergraduate Education: 1978 to present - Behavioral Science, Intro To The Patient, Clinical Psychiatry (Lecturer, Small Group Leader)

Student Advisor to more than 75 students, 1978 - Present

## SCHOOL OF PUBLIC HEALTH

Research Collaborator. Center for Aging and Alzheimer's Disease Network
(Donna Cohen, Ph.D., Director) 1988-90

Director, Pilot Project. Depression in Spouse Caregivers to Alzheimer's Patients, 1989-1992

Graduate Course Director: Psychiatric Epidemiology 1989-1992

## COLLEGE AND UNIVERSITY COMMITTEES

3

Faculty Academic Advancement Committee 2003 – Present

Business Development Committee  2002 – Present

Chair, Search Committee, Department Head of Neurology 2002 – Present

Member, Search Committee, Vice Chancellor for Research, College of Medicine, 2001

Chair, MD-Ph.D. Program Review Committee, 2000 – 2001

Member Executive Committee of MSP, 1995 – present

Member Ad-Hoc Committee on Group Practice, 1994-1995

Chair, Committee to Review Craniofacial Center, 1994

Chair, Managed Care Committee, 1993-1997

Acting Medical Director, Managed Care (UIC), 1992-1993

Member, COM Executive Committee, 1990 - present

Senate Committee on Honorary Degrees, 1989-1990

Chancellor's Task Force on University of Illinois Hospital-Michael Reese Affiliation, 1989

Member, Campus Task Force on Neuroscience, 1989-1992

Chair, Search Committee for Director, Center for Educational Development, 1988-1990

Member, Search Committee for Head, Department of Neurology, 1988

Member, Executive Committee of the College, 1989 – Present

Chairperson, College Committee on Committees, College of Medicine, 1983-1985

Co-Director, Realities of Medicine (M-2 Course), 1980-1988

Senator, Medical Center Senate, University of Illinois Medical Center, 1980; 1988

Chairperson, Ad-Hoc Committee on Urban Health, 1979

Theme Chairperson, Behavioral Science Theme, 1978-1989

Member, Committee on Admissions, 1978-1992

  Chairperson, Screeners Subcommittee (Admissions), College of Medicine, 1979-1983

4

Chair, Safety and Technical Standards Subcommittee, 1983-1992

Chairperson, Ad-Hoc Task Force on Admission Guidelines, College of Medicine, 1978-1979

Member, College Committee on Student Appraisal, College of Medicine, 1978-1982

Member, Student Progress Committee, 1976-1986

## HOSPITAL COMMITTEES

Chair, Ethics Committee, University of Illinois Hospital, 1993-1995

Member, Executive Committee of Medical Staff, University of Illinois Hospital, 1990

Emergency Room Committee, University of Illinois Hospital, 1986-1990

Committee on Committees, University of Illinois Hospital, 1985-1992

Physician Impairment Committee, University of Illinois Hospital, 1985-1991

Peer and Utilization Review Standards in Psychiatry, VA Central Office, 1976-1978

Peer Review Committee, VA Westside Hospital, 1975-1978

## DISSERTATION ADVISOR

Maria Sullivan. Depression and Alcoholism: Beliefs and Practices in Ireland, Ph.D, University of Chicago (Committee on Human Development), 1988-1992.

Jolita Leonas. Gender, Occupational roles and Mental Health in Soviet Immigrants, Ph.D., School of Public Health. University of Illinois, 1987-1991

Patrick Crotty. Social Support Network in Schizophrenic Families, 1981-1983-DSW Jane Adams College of Social Work, University of Illinois

## PROFESSIONAL MEMBERSHIPS

President, Advocate Behavioral Health Partners 1997 – 2004

Psychiatric Representative to Mental Health Professional and Technical Advisory Committee (PTAC) of JCAHO, 1992-Chair PTAC 1996-1998

Chair - JACHO Professional Advisory Committee on Mental Hospitals, 1995-1998

Diplomat, Geriatric Psychiatry, 1991

Residency Review Committee Appeals Committee, (LCGME), 1986 - 1988

American College of Psychiatry, 1985 – present
    Committee on Long-range Planning, 1996-2000
    Prite Executive Committee, 2000 - present


Regional Chair, Association for Academic Psychiatry, 1983-1987

Honorary Member, Peruvian Psychiatric Society, 1983

Association of Academic Psychiatry, 1982

NIMH Site visitor and member of grant review committee, Psychiatric Education Branch
1980-86

Founding Member, Society for the Study of Culture and Psychiatry, 1979 - present

Diplomat, American Board of Psychiatry and Neurology, Inc., 1976

Illinois Psychiatric Society, 1975 – 1990
    Peer Review Committee, 1978-1981
    Public Relations Committee, 1984-1989
    Executive Council, 1982-1990
    Secretary, 1987-1989

American Psychiatric Association, 1975 – present
    Personnel Committee,1985-1990
    Consultant to Graduate Education Committee, 1985-1992
    Consultant to Committee on International Abuse of Psychiatry, 1987-1990
    Representative to the general assembly, 1981-1983
    Committee on Membership, 1993-1995
    Committee on Psychiatric Standards and Surveys, 1994 – present

American Association of Chairs of Departments of Psychiatry, 1998 – present

Board of Directors, National Association of Psychiatric Health Systems, 2001 – present

**AWARDS/HONORS**

Listed in Castle Connolly Guide to Top Doctors in the U.S.

Alpha Omega Alpha Medical Honorary Society

Special Achievement in the Field, American Association of Psychiatric Administrators, 2001

Psychiatric Residents Teaching Award, 1995

Medical student Teaching Awards("Golden Apple") 1977,1979, 1981, 1986, 1987

James Scholar, University of Illinois, Urbana

**FUNDED GRANTS**  (Principal Investigator unless noted)

Early Intervention in Childhood Psychoses. Reynolds Foundation, 2002- present

Child Welfare Design to Maximize Optimal Treatment, IDCFS, $2.9M/year, 1999-2003

Co-Principal Investigator (with J Richman). Harassment, Gender and Drinking: An Epidemiologic Study. (J. Richman-PI) NIAAA. Competitive revue. ($1.6 million), 2000-2005

PI Center for Mental Health Services Research on Women and Gender. NIMH ($2.2 M) 1996-2001

Department of Interior. Israel (Co-Principal Investigator with L Levav) Soviet Immigrants to Jerusalem and Beersheva: Mental Health Beliefs and Service Utilization ($5,000), 1995

Pfizer, Inc.: Safety and Outcome of Oral CP-88 (Ziprasidone hydrochloride, a novel antipsychotic) $240,000 1995-1997

Co-Principal Investigator (with J Richman). Harassment, Gender and Drinking: An Epidemiologic Study. (J. Richman-PI) NIAAA. ($1.2 million), 1995-2000

Co-Principal (J Richman, PI): NIAAA; Prediction of Problem Drinking in Young Physicians, ($180,000 direct), 1990-1993

Co-Principal Investigator (with F Miller). Family Psychoeducation in Schizophrenia. Chicago Community Trust ($180,000/year) 1988-1990

CRT Trust Neuropsychiatric Follow-Up of HIV Positive Women ($375,000) 1987-1990

Co-Principal Investigator (with J Richman). National Institute of Alcohol ($120,000): Alcohol Patterns and Psychopathology in Medical Students and young physicians, 1987-1990

National Institute of Mental Health - Training of Minority Students and Residents ($90,000), 1986-1990

<u>MacArthur Foundation</u>

-Social Rhythm Measurement ($38,000), 1987-1988

-Psychosocial Factors in Bereavement ($69,000), 1985-87

-Social Zeitgebers and Depression. Co-Investigator
(Principal Investigator D. Kupfer, Pittsburgh, $1.8 million, 1988-1992

- Scientist, Psychobiology of Depression Network (5.2 million, 1988-1993
D. Kupfer - Principal Investigator)

<u>National Institute of Mental Health</u> - Training in the Chronic Mentally Ill, ($180,000), 1986-89

<u>National Institute of Mental Health</u> - Faculty Development Award for L. Goldman, M.D., ($60,000) 1985-86

<u>National Institute of Mental Health</u>- Training For Leadership in Public Psychiatry ($180,000), 1984-87

<u>National Institute of Mental Health</u> - Faculty Development Award ($60,000), 1984-85

<u>National Institute of Mental Health</u> - Psychiatric Education ($240,000), 1983-86

<u>National Institute of Mental Health</u> - Minority Education in Psychiatry ($120,000), 1983-86, renewed 1986-89

<u>National Institute of Mental Health/APA</u> - Cross Cultural Education in Psychiatry ($21,000), 1982-85

<u>National Institute of Education</u> - Psychosocial Adjustment of Medical Students ($15,000), 1981

<u>National Institute of Mental Health</u> - Undergraduate Education and Evaluation in Psychiatry and Behavioral Sciences ($320,000), 1979-83

## **PUBLICATIONS**

*Refereed Publications*

Richman J, Wislar J, Fendrich M, Rospenda KM, Flaherty JA: Drinking and Anxiety Effects of
9/11/01 in Combination with Work Stressors: A Longitudinal Cohort Study, <u>American
Journal of Public Health; 2004 Nov.94(11)2010-5</u>.

Richman JA, Flaherty JA: Workplace harassment and alcohol use and abuse. Research in the Sociology of Organizations, in press.

Richman J, Shinsako S, Rospenda K, Flaherty J. Workplace harrassment active coping, and alcohol-related outcomes: the mediating role of psychological distre. J Stud Alcohol, 2002; v.63(4):412-9

Richman J, Rospenda K, Flaherty J, Freels S. Workplace harassment, active coping, and alcohol-related outcomes. J Substance Abuse. v.13(3) 2001, 347-66

Hoge MA, Flaherty JA: Re-engineering clincial psychiatry in academic medical centers: Processes and models of change. Psych Serv 52(1):63-67, 2001.

Miller NS, Flaherty, JA: Effectiveness of Coerced Addiction Treatment (Alternative Consequences): A Review of the Clinical Research, Journal of Substance Abuse Treatment.18(1):9-16 (2000)

Rospenda KM, Richman JA, Wislar JS, Flaherty JA: Chronicity of sexual harassment and generalized workplace abuse: Effects on drinking. Addiction 95(12):1805-1820, 2000.

Miller NS, Flaherty, JA: Effectiveness or Coerced Addiction Treatment (Alternative Consequences): A Review of the Clinical Research, Journal of Substance Abuse Treatment, 18(1):9-16, 2000, Review.

Richman JA, Rospenda KM, Nawyn SJ, Flaherty JA, Fendrich M, Drum ML, Johnson TP: Sexual harassment and generalized workplace abuse among university employees: prevalence and mental health correlates.  American Journal of Public Health 89(3):358-363, 1999.

Manev H, Costa E, Flaherty JA:  Preface. Oxidative stress and neurodegenerative mechanisms, Restorative Neurology and Neuroscience 12(2/3):57-58, 1998.

Astrachan BM, Flaherty JA, and Astrachan JH: Psychiatry, primary care, and managed care: an executive perspective. Psychiatric Annals 27(6)440-443, 1997.

Kim K, Flaherty JA, Integrating Psychiatric Services Into Primary Care Settings: A Systems Approach. Psychiatric Annals, 27(6):430-435, 1997.

Richman, JA, Rospenda, K, Nawyn, SJ, and Flaherty, JA: Workplace Harassment and The Self-Medication of Distress: A Conceptual Model and Case Illustration, Contemporary Drug Problems, 24:179-200, 1997.

Stovall J, Flaherty JA, Bowden B and Schoeny M: Use of psychiatric services by homeless veterans. Journal of Mental Health Administration 24(l): 98-102, 1997.

Richman, JA, Flaherty, JA, and Rospenda, KM: Perceived workplace harassment experiences

and problem drinking among physicians: broadening the stress/ alienation paradigm. <u>Addiction</u>, 91:(3) 391-403, 1996.

Miller NS, Klamen D, Hoffman NG and Flaherty JA: Prevalence of depression and alcohol and other drug dependence in addiction treatment populations. <u>Journal of Psychoactive Drugs</u> 28(2) 111-124, 1996.

Richman JA, Flaherty JA, and Rospenda, KM: Chronic Fatigue Syndrome: Have flawed assumptions been derived from treatment-based studies? <u>American Journal of Public Health,</u> 84:282-284, 1994.

Stovall J, Flaherty J: Homeless Women, disaffiliation and social agencies. <u>Int. J. Soc. Psychiatry</u> 40(20) 135-40, 1994.

Flaherty JA, and Richman JA: Substance use and addiction among medical students, residents and physicians. Invited paper in Recent Developments in Alcohol and Drug Disorders. Invited paper in Recent Developments in Alcohol and Drug Disorders (N. Miller, ed.) <u>Psych Clinics North America,</u> 16(l) 189-197, 1993.

Lo SD, Richman, Flaherty JA and Rospenda K: Cultural Diversity in Medical Training with a focus on Asian-Americans. <u>Academic Medicine,</u> 68:147-148, 1993.

Lo SD, Richman, Flaherty JA and Rospenda K: Medical education and the need for greater awareness of Asian Americans' cultural diversity. <u>Academic Medicine,</u> 68:147-148, 1993.

Richman JA, Flaherty JA, Pyskoty C: Shifts in Problem Drinking during a Life Transition: Adaptation to Medical School Training. <u>J. Studies on Alcohol,</u> 53:17-24, 1992.

Flaherty JA and Fichtner CG.: Impact of Emergency Psychiatry Training on Residents' Decisions to Hospitalize Patients. <u>Academic Medicine.</u> 67(9), 585-87, 1992.

Richman JA, Flaherty JA, Rospenda, KM: Mental Health Consequences and Correlates of reported medical student abuse. <u>JAMA,</u> 267(5)692-4, 1992.

Flaherty JA, and Fichtner CG.: Psychiatric decision-making in the emergency room: Impact of Emergency Psychiatry Training on Residents' decisions to hospitalize patients. <u>Academic Psychiatry, 67:585b-586b, 1992.</u>

Schwartz LS, Coulson LR, Toovy D, Lyons JS, and Flaherty, JA: A biopsychosocial treatment approach to the management of diabetes mellitus. <u>Gen. Hosp. Psychiatry,</u> 13(l): 19-26, 1991.

Flaherty, JA, and Greiner CA.: Social Skills Training and Social Functioning in Schizophrenia. <u>Current Opinion in Psychiatry,</u> (4): 23-27, 1991.

Richman JA, and Flaherty JA: Gender Differences in Medical Student Distress: Contributions of Prior Socialization and Current Role-Related Stress Soc. Sci., Med., 30(7):777-87, 1990.

Pyskoty CE, Richman JA and Flaherty JA: Psychosocial assets and mental health of minority students. Acad. Med, 65(9): 581-5, 1990.

Richman JA; Flaherty JA: Alcohol-related problems of future physicians prior to medical training. J Studies on Alcohol, 51(4): 296-300, 1990.

Levav R, Flaherty JA, and Kohn R: Mental health attitudes and practices of Soviet Immigrants to Israel. Israel J. and Psychiatry and Related Science, 27(3):131-144, 1990.

Monk TH, Flaherty JA, Frank E, Kupfer D: The Social Rhythm Metric: An Instrument to Quantify the Daily Rhythms of Life. Journal of Nervous and Mental Disease, 178(2): 120-126, 1990.

Flaherty JA and Jobe TH: Gender, Expressed Emotion and Outcome in Schizophrenia. Current Opinion in Psychiatry, (3)pp. 23-28, 1990. (Royal College of Psychiatrists).

Flaherty J, and Richman J: Gender Differences in Social Support: A Theory and an Empirical Test. Social Science and Medicine, 28(12):1221-27, 1989.

Flaherty JA, and Hoskinson KM: Cross-cultural research on schizophrenia and depression. Current Opinion in Psychiatry (Royal College of Psychiatrists), February 1989.

Frances A, and Flaherty J: Elderly widow develops panic attacks, followed by depression. Hosp. Comm. Psychiatry, 40(l): 19-21, 1989.

Flaherty JA, and Hoskinson KM: Emotional distress during Magnetic Resonance Imaging. New England Journal of Medicine, 320(7): 467-8, 1989.

Kohn R, Flaherty JA, and Levav I: Somatic symptoms among older Soviet immigrants: An Exploratory Study. International J. of Social Psychiatry, 35(4): 350-360, 1989.

Flaherty JA, Gaviria FM, Pathak D, et: al.: Developing Instruments for Cross-Cultural Research. Journal of Nervous and Mental Disease, 176(5): 257-263, 1988.

Flaherty J, Kohn R, Levav I: Differences in Depression in Soviet Immigrants to the U.S. and Israel. Comprehensive Psychiatry, 29(6): 588-97, 1988.

Richman, JA, and Flaherty, JA: Tragic Man and Tragic Woman: Gender Differences in Narcissistic Styles. Psychiatry, 51:368-377, 1988.

Richman JA, and Flaherty JA: Adult Psycho-social Assets and Depressive Mood Over Time: Effects of Earlier Childhood Attachments. Journal of Nervous and Mental Disease, 175(12): 703-712, 1987.

Richman J, Gaviria FM, and Flaherty JA: The Processes of Acculturation: Theoretical Perspectives and An Empirical Investigation in Peru. Social Science & Medicine, 25(7):839-847, 1987.

Gaviria M, Richman J, Flaherty, J, et: al.: Migration and Mental Health in Peruvian Society: Toward a Psychosocial Model. Social Psychiatry, 21(4):193-199, 1986.

Flaherty J, and Richman J: Effects of Childhood Relationships on the Adult's Capacity to Form Social Supports. American Journal of Psychiatry, 143(7): 851-855, 1986.

Flaherty J, and Richman J: Physician Malaise: The Discovery and Social Etiology of Psychiatric Impairment Among Doctors. International Journal of Social Psychiatry, 32:31-37, 1986.

Richman J, and Flaherty J: Sex Differences in Drinking Among Medical Students: Patterns and Psychosocial Correlates. Journal of Studies on Alcohol, 47:283-289, 1986.

Schwartz L, Springer, J Flaherty J, et: al.: The Role of Recent Life Events and Social Support in the Control of Diabetes Mellitus. General Hospital Psychiatry, 8(3): 212-216, 1986.

Schwartz L, Robinson RV, Flaherty J, et al.: A Supportive Care Clinic: Maintaining the Chronic Psychiatric Patient. Hillside Journal of Clinical Psychiatry, 8(2):202-8, 1986.

Richman JA, and Flaherty JA: Childhood relationships, adult coping resources and depression. Social Science and Medicine, 23(7):709-716, 1986.

Levine S, Barzansky B, Blumberg P and Flaherty J: Can psychiatrists be recruited in medical school? J. Psych. Ed., 1985.

Malinick C, Flaherty J, and Jobe T: Koro: How culturally specific? Int. J. Social Psychiatry, 31(l):67-73, 1985.

Jobe TH, and Flaherty JA: Centuries of abuse: Family violence in historical perspective. Osteopathic Annals, 13(l):13-26, 1985.

Blumberg P, and Flaherty JA: The influence of noncognitive variables in student performance. J. Med. Ed., 60(9):721-3, 1985.

Richman J, and Flaherty J: Stress, coping resources and psychiatric disorders: Alternative paradigms from a life cycle perspective. Comprehensive Psychiatry , 26(5):456-465, 1985.

Richman J, and Flaherty J: Coping and Depression: The Relative Contribution of Internal and External Resources During a Life Cycle Transition. J of Nervous and Mental Disease, 173:590-595, 1985.

Dunal C, Gaviria M, Flaherty J, Birz S: Perceived disruption and psychological distress among flood victims. J. Operational Psychiatry, 16(2):9-16, 1985.

Flaherty J, Kohn R, Golbin A, et al.: Demoralization and Social Support in Soviet- Jewish Immigrants to the United States. Comprehensive Psychiatry, 27(2):149-158.

Flaherty, J and Blumberg P: Clinical psychology: A potential pool for recruitment. J. Psych. Ed., 8(3):136-141, 1984.

Flaherty J, Naidu, J, and Dysken, M: ETC, emergent dyskinesia and depression. American Journal Psychiatry, 41(6): 808-809, 1984.

Blumberg P, Flaherty JA, and Morrison AE: Social support networks and psychological adaptation of female and male medical students. J. Am. Med. Women's Assn., 39(5):165-167, 1984.

Stovall J, Flaherty J: New onset narcolepsy and paroxetine. Psychosomatics, 35(6):585, 1984.

Flaherty J, Gaviria M, and Black E et al.: The role of social support in the functioning of patients with unipolar depression. American Journal Psychiatry, 140(4):473-476, 1983.

Levine S, Barzansky B, Blumberg P, and Flaherty J: Can psychiatrists be recruited in medical school? J of Psych Ed., 7(3):240-248, 1983.

Flaherty JA, and Blumberg P: Career satisfaction among psychiatrists and pediatricians. J. Psych. Ed., 1983.

Flaherty JA, and Flaherty EG: Medical student's performance in reporting alcohol-related problems. J. Studies on Alcohol, 44(6):1083-1087, 1983.

Flaherty J, Gaviria MF, and Pathak D: The measurement of social support: The Social Support Network Inventory. Comprehensive Psychiatry, 24(6):521-529, 1983.

Nasr S, Racy J, and Flaherty J: The psychiatric effects of the Civil War in Lebanon. Psychiatry Journal of the University of Ottawa, 8(4):208-212, 1983.

Flaherty J: Three generations of schizophrenia. J. Clin. Psychiatry, 43(5):204-205, 1982.

Gaviria M, Flaherty J, and Val E: A comparison of bipolar patients with and without a borderline personality disorder. The Psychiatric Journal of the University of Ottawa, 7(3):190-195, 1982.

Sharf B, Wood B and Flaherty J: Two birds with one stone: Training Communication specialists while teaching medical students. Communication Education, 31(4):305-314, 1982.

Robinson M, and Flaherty J: Self-regulation of distance in supportive psychotherapy. Clinical Social Work Journal, 10(3):209-217, 1982.

13

Flaherty J, Jobe T, and Robinson MV: Influence of resident's race on dispositions in a psychiatric walk-in clinic. J.Psych. Ed., 6(3):154-159, 1982.

Flaherty J, Rezler A, and McGuire C: Reading and writing skills in third year medical students. J. Med. Education, 57:848-853, 1982.

Flaherty J and Bellur S: Mental side effects of amantadine therapy: Its spectrum and characteristics in a normal population. J. Clin. Psychiatry, 42(9):344-345, 1981.

Flaherty J, Naidu J, Lawton R, and Padiak D: Racial differences in perception of ward atmosphere. American Journal Psychiatry, 138(6):815-817, 1981.

Flaherty J and Sharf B: Using communication specialists in the teaching of interview skills. J. Med.Education, 56(12):1021-1023, 1981.

Flaherty J and Meagher R: Measuring racial bias in inpatient treatment. American Journal Psychiatry, 137(6):679-682, 1980.

Flaherty J, Naidu J, Lawton R and Verinis S: The effect of geographic relocations on a general hospital's psychiatric unit. Hosp. & Comm. Psychiatry, 31(12):819-821, 1980.

Flaherty JA: Circumcision and Schizophrenia. J Clin. Psychiatry, 41(3):96-98, 1980.

Flaherty J: Psychiatric complications of medical drugs. J. Family Practice, 9(2):243-251, 1979.

Flaherty J: Self-disclosure in therapy: Marriage of the therapist. American J Psychotherapy, 33(3):442-452, 1979.

Verinis S and Flaherty J: Using the Ward Atmosphere Scale to help change the treatment environment. Hosp. and Comm. Psychiatry, 29(4):239-240, 1978.

Flaherty J and Lahmeyer H: Laryngeal-pharyngeal dystonia as a possible cause of asphyxia with haloperidol treatment. American J Psychiatry, 135(11):1414-1416, 1978.

## BOOKS AND BOOK CHAPTERS

Richardson J, Anderson T, Flaherty J, Bell C, "The Quality of Mental Health Care for African Americans" In: Culture, Medicine and Psychiatry, Kluwer Academic Publishers, 27: 483-498, 2003.

Flaherty JA, Astrachan BA, "Social Psychiatry" In: Psychiatry in the New Millennium, edited by Weissman S, Sabshin M and Eist H, American Psychiatric press, Washington, DC, 1999, pp. 39-55.

Kim K, Flaherty JA, Kim K, A guide to managed care, social welfare, and medical benefits.

In NS Miller (ed): Manual for therapeutics for Addictions. Somerset, NJ: John Wiley and Sons, 1997.

Flaherty JA., Kim K, and Adams S: The Course of Alcoholism in Men and Women. In NS Miller (ed): Principles and Practice of Addiction in Psychiatry. Philadelphia: W. B. Saunders, 1997

Klamen DL, Flaherty JA, and Astrachan BM. New roles for behavioral health players – psychiatrists (Chapter 18) In JA Talbott, J Brown, M Freeman, R Hales, J Santiago, M Shore, D Williams (Eds.) Textbook of Administrative Psychiatry. 1997

Flaherty JA, Miller NS: Psychiatric Disorders in Condon & Nyhus. Clinical Manual of Surgery. Little Brown & Co., 1996.

Flaherty, JA: Social Support & Mental Health Interventions (monograph). World Health Association, Geneva, Switzerland, 1995.

Flaherty JA, Davis JM and Janicak P (eds.): Psychiatry: Diagnosis and Therapy (Second Edition), Appleton-Lange, 1993.

Flaherty JA and McKenna RC: The Psychiatric Examination, Ibid.

Flaherty JA and Andrianopoulos GD: Eating Disorders, Ibid.

Flaherty JA and Ward ME: Psychotropic Drug overdose, Ibid.

Gaviria M and Flaherty JA: Diagnostic Assessment of Depression, Ibid.

Gaviria, M, and Flaherty, JA.: Bipolar Disorder (Manic-Depressive Illness), Ibid.

Lewis, JD, and Flaherty, JA.: Somatoform Disorders, Ibid.

Richman J and Flaherty JA: Gender Differences in Narcissistic Styles. Pkakum, E. (ed.), New Perspectives on Narcissism. American Psychiatric Association Press, 1990.

Flaherty JA, Andrianopolis G: Psychoimmunology of Bereavement in Stress and Immunity, N. Plotnikoff (ed.), Plenum Publishing, In Press, 1990.

Flaherty JA and Gaviria M: Affective Disorders in Clinical and Diagnostic Interviewing, Jason Aronson, Inc., 1989.

Flaherty JA, Channon R, and Davis J (eds.): Psychiatry: Diagnosis and Therapy Appleton-Century-Lange, 1988.

Flaherty JA and Tiller J: Psychiatric Complications of Medical Drugs, Ibid.

Flaherty JA, Channon R. and Olson D: Psychiatric Assessment, Ibid.

15

Flaherty J: Sexual Dysfunction, Ibid.

Flaherty JA: Eating Disorders, Ibid.

Gaviria FM and Flaherty JA: Diagnostic Assessment of Depression, Ibid.

Flaherty JA, Gaviria M, Pathak D, et al.: Appropriate Strategies for Cross Cultural Research in Hispanic Population. Health and Behavior; NIMH Conference Report, 1987.

Rezler A and Flaherty JA: The Interpersonal Dimension in Medical Education. Springer Publishing Co., New York, 1985.

Flaherty JA and Gaviria FM: Social Aspects of Depression. In Psychiatry: The State of the Art, Vol. 2. E. Plenum Publishing Co., London, 1985.

Gaviria M, Pathak D, Flaherty J, et al.: Designing and Adapting Instruments for a Cross-Cultural Study of Migration and Mental Health. In VII World Congress of Psychiatry, E. Plenum Publishing Co., London, 1984.

Sharf BF (Author), and Flaherty JA (Consultant): Physician's Guide to Communication. Scott Foresman and Company, Glenview, Illinois, 1983.

Val, E, Gaviria, M and Flaherty J. (eds.): Affective Disorders: Psychopathology and Treatment. Yearbook Medical Publisher, Chicago, March 1982.

Flaherty J and Gaviria M: Diagnostic Considerations, Ibid.

Flaherty J and Gaviria M: Sociologic and Epidemiologic Factors in Affective Disorders, Ibid.

Val E, Flaherty J, and Gaviria M: The Psychology of Affective Disorders, Ibid.

Gaviria M, Flaherty J and Val E: Clinical Considerations in the major Affective Disorders, Ibid.

Val E, Flaherty J and Gaviria M: Psychological Treatments of the Affective Disorders, Ibid.

**EDITORSHIPS, ENCYCLOPEDIA ENTRIES**

Flaherty J, et al, Managing Editor, Albrecht, G, Chief Editor, Encyclopedia of Disability. Sage Publications, Los Angeles, CA, 2005 (in press).

Flaherty J, "Normalcy," Encyclopedia of Disability. Sage Publications, Los Angeles, CA, 2005 (in press).

Flaherty J, "Antisocial Personality Disorder," Encyclopedia of Disability. Sage Publications, Los Angeles, CA, 2005 (in press).

Flaherty J, "Somerset Maughm," Encyclopedia of Disability. Sage Publications, Los Angeles, CA, 2005 (in press).

Flaherty J, "Charles Dickens," Encyclopedia of Disability. Sage Publications, Los Angeles, CA, 2005 (in press).

Flaherty J, "Bill Veeck," Encyclopedia of Disability. Sage Publications, Los Angeles, CA, 2005 (in press).

## ABSTRACTS, ETC.

Hoge M, Flaherty J: Re-engineering clinical psychiatry in academic medical centers: processes and models of change. Psychiatric Services. 52:63-67, 2001.

Hoge M, Flaherty J: Multiple strategies of change. Psychiatry Services. 52(7):975, July 2001

Flaherty J, Brady T, Adams S, Nelson S, and Baum B: Gender Differences in Retention of Addiction Treatment Outpatients: The Rationale for Women's Centered Programming. May 1999.

Flaherty J, Brady T, and Baum B: Geographic Origin and Heath Services Utilization Among Medicaid Outpatients: An Example from Substance Abuse Treatment, May 1999.

Brady T, Flaherty J, Baum B, Orwin R, Thomas D, and Miller S: The Impact of Welfare Reform Policies on Substance Abuse Treatment. June 1999; et al Impact of Welfare Reform Policies at one Substance Abuse Treatment Program, June 29, 1999, Chicago.

Flaherty JA, Brady T, Dontes A, and Wan P: The use of epidemiology methods in health services research. The American Society for Addiction Medicine, April 1998.

Flaherty JA, Adams S, Nelson S, Brady T, et.al.: Correlates of Dropping Out of Outpatient Substance Abuse Treatment. American Psychiatric Association, June 1998.

Flaherty JA, and Brady T.: Recent trends in crack, cocaine and heroin use: implications for HIV prevention and clinical practice. American Psychiatric Association, June 1998.

Flaherty JA, Brady T, Dontes A, Wan Phoenix, and Miller NS.: An Analysis Of Retention As A Surrogate Marker For Treatment Outcome: An Example From Substance Abuse Treatment, June 1998.

Brady T, Flaherty JA, and Miller NS: Managing Patient Satisfaction Data In Mental Health: Threats To Validity And Other Methodological Issues, June 1998.

Brady T, Flaherty JA, Beedle D, and Miller NS: Evaluating A Communicable Disease Education Curriculum, Including HIV Education. In Addiction Treatment, June 1998.

Flaherty JA, Adams S, Nelson S, Brady T, Wan P, and Miller N: Correlates of Dropping Out and Completing Substance Abuse Treatment, June 1998.

Brady T, Flaherty JA, and Miller NS.: Drug uses correlates of heterosexual risk behavior of outpatients attending a substance abuse treatment program. American Academy of Addiction Psychiatry, December 1998.

Flaherty JA, Brady T, Merrel C, and Miller NS: Retention of dual diagnosis outpatients in an abstinent based, substance abuse treatment program: the role of psychiatric co-morbidity in treatment outcome. American Academy of Addiction Psychiatry, December 1998.

Flaherty JA, Adams, Nelson S: Gender & Race Matching Effects on Compliance. Proceedings of American Psychiatric Association, 1997.

Brady T, Adams S, Nelson S, and Flaherty JA.: Gender differences in self-reported risk for HIV infection: Do perceptions mirror realities? American Psychiatric Association, October 1997.

Brady T, Flaherty JA, Miller, NS: The Progression of HIV Knowledge, Attitudes and Behavior of Drug and Alcohol Outpatients Through Treatment. Proceedings of Annual Meeting. American Psychiatric Association - San Diego, May 1997.

Flaherty JA, Brady T: Impact of drug and alcohol treatment and a brief communicable disease intervention on risk behaviors. College on Problems of Drug Dependence, May 1997.

Miller NS, Brady T, and Flaherty JA: Subjective vulnerability or susceptibility to HIV infection and protective health behaviors. College on Problems of Drug Dependence, May 1997.

Brady T, Flaherty JA, Miller NS: Evaluating a brief communicable disease intervention on HIV knowledge, attitudes and beliefs. College on Problems of Drug Dependence, May 1997.

Brady T, and Flaherty JA: Patient Satisfaction in Mental Health and Substance Abuse Treatment. American Public Health Association, 1997.

Brady T, Flaherty JA, and Miller NS: The Need for Communicable Disease Education, Including HIV Education, In Mental Health Services. American Public Health Association, 1997.

Miller NS, Brady T, and Flaherty JA: Relationship Between Subjective Vulnerability or Susceptibility to HIV Infection and Protective Health Behaviors. College of Problems on Drug Dependency. Annual Meeting, Nashville, Tennessee, June 1997.

Klamen DL, Flaherty JA, and Astrachan BM: New roles for behavioral health players, 1997.

18

Brady T, Flaherty JA: Correlates of patient satisfaction in mental health services. American Psychiatric Association, October 1997.

Flaherty J: A New Golden Standard for Residency Training. Archives of Internal Medicine, 11:2341-43, 1988.

Flaherty J: (Book Review). Depressive States and their Treatment, V. Volkan (ed.). J. Aranson and Co., London, Am. J. Psychotherapy, 1987.

Flaherty J: (Book Review). Anorexia Nervosa and Bulimia, D. N. Gorner and P. E. Garfinkel (eds.). New York, Gilford Press, in Am. J. Psychotherapy, 1987.

Flaherty JA, Hoskinson K, Kupfer D and Frank E.: Social Zeitgebers in Bereavement. New Research Abstracts, Annual Meeting, American Psychiatric Association, 1987.

Richman J and Flaherty JA: Development of a Narcissistic Self-Rating Scale. New Research Abstracts, Annual Meeting, American Psychiatric Association, 1987.

Flaherty JA: (Book Review). Anorexia Nervosa and Bulimia: Biomedical, Sociocultural and Psychological Perspectives. S.W. Emmett (ed.). New York, Branne/Mayel, in Gastroenterology, 1986.

Blumberg P, and Flaherty J: Predicting student success from non-cognitive variables. Higher Education Abstracts, 1985.

Flaherty JA: (Book Review). The Therapeutic State. T. Szasz, Prometheus Book, Buffalo, Am. J. Psychotherapy, 1984.

Blumberg P, and Flaherty J: Social support networks and psychological health of medical students. Resources in Education, November 1983.

Flaherty J: (Book Review). Achievement and Achievement Motives, J. T. Spence (ed.). W.H. Freemont and Co., San Francisco. Am. J. Psychotherapy, 1983.

Blumberg P, Flaherty J, and Morrison AE.: Psychosocial characteristics of female medical students. Resources in Education, August, 1982.

Flaherty J: (Editorial). What are best criteria for future MD's? AMA News, February 12, 1982.

Blumberg P, Flaherty J, and Morrison A: Medical students and faculty perceptions of importance of academic milestones and markers. Resources in Education, November, 1982.

Flaherty J: (Book Review). Culture, Mind and Psychiatry, J. McDermott and W.S. Tseng (eds.). Brunnell-Mazel, 1982 in Am. J. Psychiatry, 1982.

Flaherty J: (Book Review). Psychiatric Problems in Medical Practice, G. Balis (ed.). Am. J. Psychiatry, 34(l):141-142, 1981.

Flaherty J: (Book Review). Acute Brain Failure in Man. Z.J. Lipowski (ed.). Am. J. Psychotherapy, 35(4):594-595. 1981.

Flaherty J: (Book Review) Neuropsychiatric Effects of Drugs in the Elderly, A. Levinson (ed.). JAMA, 9(242):2118, 1979.

Flaherty J: (Letter) Another comment on re-diagnosing schizophrenia. Hosp. & Comm. Psychiatry, 30(l):54, June 1979.

Flaherty J and Lahmeyer H: (Letter) Laryngeal Dystonia. Reviewed. Am. J. Psychiatry, 13(45), October, 1979.

Flaherty J: Re-diagnosing Schizophrenia as an Affective Disorder. Hosp. & Comm., Psychiatry, 29(9):, 1978.


## SELECTED NATIONAL/INTERNATIONAL PRESENTATIONS

"Re-engineering clinical psychiatry in academic medical centers: processes and models of change," Psychiatric Services. 52:63-67, 2001

"The Need for Communicable Disease Education, Including HIV Education, in Mental Health Services," Annual Meeting, Chicago Health Services Research Consortium, Chicago, EL, March 1998.

"Correlates of Dropping Out and Completing Addiction Treatment: The Role of Psychiatric Co-morbidity," Annual Meeting, Chicago Health Services Research Consortium, Chicago, IL, March 1998.

"Recent Trends in Heroin Use in Outpatients Presenting at an Addiction Treatment Program in Chicago," Annual Meeting, American Association of Health Plans, New Orleans, April 1998.

"Epidemiology in the Analysis of Health Services Research Data: An Example from Substance Abuse Treatment," Annual Meeting, American Association of Health Plans, New Orleans, April 1998.

"Implementing a Communicable Disease Curriculum, Including HIV Education, In Addiction Treatment," Annual Meeting, American Association of Health Plans, New Orleans, April 1998.

"Managing Patient Satisfaction Data in Mental Health and Behavioral Health Services," American Association of Health Plans, Oakland, CA, May 1998.

"Managing Patient Satisfaction Data in Mental Health: Threats to Validity," Annual Meeting, Association of Health Services Research, Washington, DC, June 1998.

"Retention as a Surrogate Marker for Treatment Outcome,"
Annual Meeting, Association of Health Services Research, Washington, DC, June 1998.

"Evaluating a Communicable Disease Curriculum in Addiction Treatment,"
Annual Meeting, Association of Health Services Research, Washington, DC, June 1998.

"Sexual Harassment and Generalized Workplace Abuse among University Employees: Gender-linked Prevalence, Sources and Mental Health Outcomes," Annual Meeting, American Sociological Association, San Francisco, 1998.

"From Process to Outcome: A Substance Abuse Treatment Program's Experience with Quality Improvement in the Era of Managed Care," Washington, DC, November 1998.

"Evaluating a Brief Communicable Disease Education Invention on HIV Knowledge, Attitudes and Risk Behaviors: Dose Response?" Presented in Nashville, Tennessee, June 1997. College of Problems on Drug Dependency.

"Workplace Harassment and the Self-Medication of Distress: A Conceptual Model and Case Illustrations," Annual Meeting, American Sociological Association, Toronto, 1997.

"Gender & Race Matching," Annual Meeting APA, San Diego, 1997.

"Gender & Patient Compliance," Midwest Conference on Health Services Research, Chicago, 1997.

"Public Academic Linkages in Mental Health Services Research," Annual Meeting APA, San Diego, 1997.

"Patient Satisfaction in Mental Health and Substance Abuse Treatment: Methodological Issues," Annual Meeting, American Public Health Association, Indianapolis, IN, November 1997.

"Cross-cultural Issues in Clinical Evaluations Instruments,"
NIMH  Conference on Cross-Cultural Psychiatry. San Diego, 1995.

"Managed Care and Psychiatric Training,"
American Association of Child and Adolescent Psychiatry, New York, 1994.

"Gender Differences in Psychiatry Decision-Making," APA, San Francisco, 1993.

"Gender Differences in Problem Drinking in Medical Students and Physicians," APA, 1993.

21

"Workplace Abusive Experiences and Problem Drinking among Physicians: Broadening the Stress/Alienation Paradigm," Annual Meeting, American Sociological Association, Miami, 1993.

"Risk Factors for Chronic Fatigue Syndrome: Flawed Assumptions Derived from Treatment-based Studies" Annual Meeting, American Sociological Association, Miami, 1993.

"Psychiatric Decision Making in the Emergency Room," Annual Meeting American Psychiatric Association, New Orleans, 1991.

"Predicting Alcohol Problems in Medical Students," Annual Meeting, American Psychiatric Association, New Orleans, 1991.

"Psychoimmunology of Bereavement," State University of New York at Buffalo, May, 1990.

"International Abuse of Psychiatry," Annual Meeting, American Psychiatric Association, San Francisco, 1989.

"Cross-Cultural Review of Attitudes Towards Mental Illness," Annual Meeting, American Psychiatric Association, San Francisco, 1989.

"Psychiatric Education About Ethnic Minorities," presented at NIMH Conference, Denver, 1989.

Visiting Professor. Brown University. December, 1989. Topics: "Bereavement and Geriatric Psychiatry."

"Social Role Incumbency and Drinking Behavior," Annual Meeting, American Sociologic Association, Atlanta, 1988.

"Gender Differences in Narcissistic Traits in Medical Students: Psychoanalytic and Sociocultural Influences," Annual Meeting, American Sociological Association, Atlanta, 1988.

"Gender Differences in Medical Student Distress: Contributions of Earlier Socialization and Current role-related Stress," Annual Meeting, American Sociological Association, Atlanta, 1988.

"Social Zeitgebers and Bereavement," New Research, Annual Meeting of the American Psychiatric Association, Chicago, 1987.

"Gender Differences in Narcissistic Styles: An Empirical Test," New Research (poster session) Annual Meeting of the APA, Chicago, 1987.

"Depression and Demoralization among Soviet Immigrants to Israel," Hebrew University and Falk Institute, Jerusalem, 1987.

Visiting Professor, Michigan State University, June, 1987.

Topic: "Psychosocial Aspects of Panic and Anxiety States."

"Psychosocial adjustment of Soviet Jews to the U.S. and Israel," American Psychiatric
Association, 1986, Washington, D.C.

"Psycho-social Assets and Depressive Mood over Time: Effects of Earlier Childhood
Attachments," American Sociological Association, 1986, New York.

"Gender Differences in Psychopathology," Annual Meeting of the American Sociological
Association, 1986, New York.

"The Use of the DIS in a Peruvian Population," Annual Meeting,
American Psychiatric Association, 1985, Dallas.

"Predicting Student Success from Non-Cognitive Variables," Presented at Meeting of AERA,
April, 1984, New Orleans.

"Social Variables in Depressive Illness," World Congress of Psychiatry, 1984, Vienna.

"Status of Racial Bias in Psychiatric Education," Annual Meeting, American Psychiatric
Association, 1984, Los Angeles.

"Demoralization and Social Support Among Soviet-Jews,"
Fifth Annual Meeting, Society for Culture and Psychiatry, 1983, Providence, RI.

"The Spectrum of Impairment Among House Officers,"
Stress, Impairment and the Resident, Fifth National Symposium, 1983, Chicago.

"Psychiatric Education in the United States," Presented at the National Institute of Mental
Health, 1983, Lima, Peru.

"The Relationship of Social Support to Affective States," Department of Psychiatry, University
of Panama, May, 1983.

"Designing Culturally-Relevant Instruments for Cross-Cultural Research."
Presented at Fourth Annual Meeting, Society for Culture and Psychiatry,
1982, Mexico City.

"Social Support in Different Ethnic Communities."
Fourth Annual Meeting, Society for Culture and Psychiatry, 1982, Mexico City.

"Avoidance of Health Care,"
Consultation series for Public Television, 1982.

"Images of Depression," Consultation series for Public Television, 1981.

23

"A Reappraisal of Regional Medical Education," Presented at Regional Meeting, AAMC, March,
      1981, Rockford, IL.

"Social Support Systems and Unipolar Depression," with M. Gaviria and E. Black.
      Presented at Annual Meeting, American Psychiatric Association, May, 1981,
      New Orleans.

"Screening of Depression and Suicide,"
      Presented at Midwest Regional Conference, American Medical Association,
      October, 1980, Chicago.

"Measuring Racial Differences in Inpatient Treatment,"
      Presented at Annual Meeting, American Psychiatric Association,
      May, 1979, Chicago.

"Preclinical Teaching in Psychiatry and Behavioral Sciences,"
      Presented in New Orleans, January, 1978 at Meeting of Directors of Undergraduate
      Education in Psychiatry and Behavioral Sciences.

"Impact of Drug and Alcohol Treatment and Brief Communicable Disease Education
      Invention on Risk Behaviors," Presented in Nashville, Tennessee on Drug
      Dependency.

"Epidemiology and Sociology of Affective Disorders,"
      Presented at Midwest Symposium on Affective Disorders, October, 1978, Chicago.

Print and Electronic Media Interviews – More than 150