EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 642-1900
Facsimile: (973) 642-0099
Attorneys for Plaintiffs
Ross University School of Medicine and
Global Education International, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE and GLOBAL EDUCATION INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEHZAD AMINI, WWW.ROSSU.NET, WWW.ROSSMEDICALSCHOOL.ORG, WWW.ROSSMEDSCHOOL.COM and WWW.JOHNDOEROSSINFRINGINGSITES1-20.DOE <br><br> Defendants. | Civil Action No. 3:13-cv-6121-AET-TJB <br><br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on this date I caused the within Memorandum of Law in Support of Plaintiffs' Application for an Order to Show Cause, Declaration of William Gyves, Esq., proposed form of Order to Show Cause, and proposed form of Order for Civil Contempt, to be filed via Electronic Case Filing (ECF) with the Clerk of the United States District Court for the District of New Jersey, and to be served upon defendant via ECF to Behzad Amini, defendant *pro se*. Parties may access this filing through the Court's ECF system.

*s/ James P. Flynn*
James P. Flynn
Epstein Becker & Green, P.C.
One Gateway Center, 13th Floor

FIRM:24351518v1

                                                              Newark, New Jersey 07102-5311
                                                              Telephone:  (973) 642-1900
                                                              Facsimile:  (973) 642-0099
DATED:  December 18, 2013                               Email:  jflynn@ebglaw.com

FIRM:24351518v1