**EPSTEIN**
**BECKER**
**GREEN**

Attorneys at Law

James P. Flynn
t 973.639.8285
f 973.639.8931
jflynn@ebglaw.com

December 18, 2013

**VIA ECF AND REGULAR MAIL**
Honorable Anne E. Thompson, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:  **Ross University School of Medicine v. Behzad Amini**
           **Case No.: 3:13 cv 06121**

Dear Judge Thompson:

    As instructed by Your Honor's Chambers staff, we will initiate a conference call with the Court on Thursday, December 19, 2013 at 11:30 A.M. concerning the Order to Show Cause just filed electronically.

    By copy of this letter, we are advising Mr. Amini of same, and of the Court's instruction that he be provided notice of said telephone conference. He can join the call by dialing 1-888-324-2213 and entering code 973-639-8285. Once the parties are on the line, I will call into chambers.

                                              Respectfully,

                                              James P. Flynn

JF:mml

    cc:    Behzad Amini (via email)