NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE and GLOBAL EDUCATION INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEHZAD AMINI, et al., <br><br> Defendants. | Civ. No. 13-6121 <br><br> ORDER |

THOMPSON, U.S.D.J.

For the reasons stated in this Court's Opinion on this same day,

IT IS on this 2nd day of JANUARY, 2014,

ORDERED that Defendant Behzad Amini's Motion to Dismiss (Docket No. 13) is DENIED; and it is

ORDERED that Defendant Behzad Amini's Motion to Transfer (Docket No. 14) is DENIED.

*/s/ Anne E. Thompson*

ANNE E. THOMPSON, U.S.D.J.