NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE and GLOBAL EDUCATION INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEHZAD AMINI, et al., <br><br> Defendants. | Civ. No. 13-6121 <br><br> ORDER |

THOMPSON, U.S.D.J.

      This matter comes before the Court upon the application of plaintiffs Ross University School of Medicine ("RUSM") and Global Education International, Inc. (collectively, "Plaintiffs") seeking to compel defendant Behzad Amini to show cause why he should not be held in contempt for violating the Court's Order of Preliminary Injunction entered on December 9, 2013 ("Preliminary Injunction Order"), as well as its previously entered Temporary Restraining Order dated October 16, 2013 ("TRO") and Order Providing for Continuing Injunction dated October 28, 2013 ("Continuing Injunction"), and for other related interim relief; and the Court having considered the written submission of Plaintiffs and good cause having been shown;

IT IS on this 7th day of January 2014, ORDERED THAT:

1. Amini shall appear at the time and date specified below in paragraph 4 and show cause why he should not be held in civil contempt for transmitting the December 15th Email and be subject to appropriate sanctions for his conduct.

2. In the interim and until further Order of this Court, it is hereby ordered that:

    a. effective immediately, Amini is enjoined from operating, contributing to the operation or content of, or in any manner using STOPDEVRY.com as well as any other or similar webpage, Facebook page, or other internet-based means of demeaning or disparaging Plaintiffs, their businesses, or their officers, agents, students or employees;

    b. effective immediately, Website registrars, hosts, and platforms including but not limited to TUCOWS, Inc., Launchingpad.com, HostGator.com LLC, Unified Layer, Facebook, and such other registrars provided notice of this Order shall not allow Amini to create or operate any internet-based means of demeaning or disparaging plaintiffs, their businesses, or their officers, agents, students or employees, as same would be a violation of the Injunction Order.

3. Copies of this Order and all papers supporting Plaintiffs' application shall be served upon Amini, through ECF, within one business day of the date of this Order.  Any opposing papers by Amini shall be filed and served by personal service so as to be received by Plaintiffs' counsel no later than noon 3 days prior to the contempt hearing as set forth below.  Any reply papers shall be field and served by electronic means through ECF no later than noon 1 day prior to the contempt hearing set forth below.

4. The contempt hearing shall be held at 10:00 AM on February 4, 2014, in Courtroom 4W of the above-entitled court in Trenton, New Jersey.

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.