# EPSTEIN
# BECKER
# GREEN

Attorneys at Law

James P. Flynn
t 973.639.8285
f 973.639.8931
jflynn@ebglaw.com

January 8, 2014

**VIA ECF**
Honorable Anne E. Thompson, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: **Ross University School of Medicine v. Behzad Amini**
Case No.: 3:13 cv 06121

Dear Judge Thompson:

Consistent with paragraph 3 of the Order entered January 8, 2014 (ECF # 30), we are hereby serving Defendant Amini via ECF with copies of the following:

1. Order entered January 8, 2014 (ECF # 30);

2. Memorandum of Law in Support of Plaintiffs' Application for an Order to Show Cause;

3. Declaration of William Gyves, Esq., with Exhibits A to G; and

4. Declaration of James P. Flynn, Esq., with Exhibit A.

Respectfully,

James P. Flynn

JF:jmc

cc: Behzad Amini (via ECF)