# EXHIBIT A

## William S. Gyves

| | |
|---|---|
| **From:** | info@stopdevry.com |
| **Sent:** | Sunday, December 15, 2013 10:45 PM |
| **To:** | JFlaherty@RossU.edu; NPerri@RossU.edu; EFernandez@RossU.edu; BlandD@GAO.GOV; CraddockC@GAO.GOV; oig.hotline@ed.gov; TShepherd@DeVryMedical.org; khundley@sptimes.com; mdcunha@acmedctr.org; jreed@bergenregional.com; llo@chpnet.org; William S. Gyves; JFlaherty@RossU.edu; NPerri@RossU.edu; EFernandez@RossU.edu; BlandD@GAO.GOV; CraddockC@GAO.GOV; oig.hotline@ed.gov; TShepherd@DeVryMedical.org; khundley@sptimes.com; mdcunha@acmedctr.org; jreed@bergenregional.com; llo@chpnet.org |
| **Cc:** | JFlaherty@RossU.edu; NPerri@RossU.edu; EFernandez@RossU.edu; BlandD@GAO.GOV; CraddockC@GAO.GOV; oig.hotline@ed.gov; TShepherd@DeVryMedical.org; khundley@sptimes.com; mdcunha@acmedctr.org; jreed@bergenregional.com; llo@chpnet.org; kbm9003@nyp.org; failony@ccf.org; Elizabeth.Damato@nychhc.org; csamson@nomc.org; backe@ellishospital.org; cjames.flushing@jhmc.org; grimea@holycrosshealth.org; rvanness@solarishs.org; bshaw@libertyhcs.org; duclosa@kernmedctr.com; msprogram@kernmedctr.com; yspeight@kingsbrook.org; Wilmary.robles@nychhc.org; mavega@chpnet.org; rotations@lmcmc.com; tmarshall@maimonidesmed.org; mvera@maimonidesmed.org; clemm2003@yahoo.com; Danays.fleitas@mch.com; kfiore@sbhcs.com; Elizabeth.Siccone@atlantichealth.org; SGUSOM@mountainsidehosp.com; gishkanian@optonline.net; Tma9002@nyp.org; Ros9114@nyp.org; Chrobinson@sbhcs.com; moira.barber@norwalkhealth.org; peggy.liddy@ahsys.org; sonja.brown@stjohn.org; morrispa@nychhc.org; DMangold@RUMCSI.org; dlikon@sbhcs.com; lvasquez@sjgh.org; rsullivan@sshsw.org; medicine@sshsw.org; mmanzari@nshs.edu; gordont@dhmh.state.md.us; whitej@dhmh.state.md.us; dtandler@che-east.org; jennifer.donnelly@stjohn.org; rossuniversityfraud@yahoo.com; Anne.Dwyer@stjohn.org; MCCALLDY@trinity-health.org; Kozdembd@sjhmc.org; dicensor@sjhmc.org; tsarao@smmcnj.org; cleonard@trinitas.org; sgsomvghelective@gmail.com; CherylChermain.Cross@woodhullhc.nychhc.org; medstudents@ccf.org; rcrmcwebmaster@co.riverside.ca.us; sylvia.perez@chw.edu; complaint@jointcommission.org; msprogram@kernmedctr.com; Julissa.DelaTorre@chw.edu; hdyer@rossmed.edu.dm; cferdinand@rossmed.edu.dm; sfitzgerald@rossmed.edu.dm; sfox@rossmed.edu.dm; rgee@rossmed.edu.dm; sgnecco@rossmed.edu.dm; pgoff@rossmed.edu.dm; lgolub@rossmed.edu.dm; vgowda@rossmed.edu.dm; lgowda@rossmed.edu.dm; mgrogan@rossmed.edu.dm; mpmhall@rossmed.edu.dm; lhawley@rossmed.edu.dm; mjohannessen@rossmed.edu.dm; rkalliecharan@rossmed.edu.dm; skelley@rossmed.edu.dm; skoenig@rossmed.edu.dm; jkolli@rossmed.edu.dm; skolli@rossmed.edu.dn; elambert@rossmed.edu.dm; nlarsen@rossmed.edu.dm; jlawson@rossmed.edu.dm; gmallik@rossmed.edu.dm; smallik@rossmed.edu.dm; amartin@rossmed.edu.dm; fmartinez@rossmed.edu.dm; rmcintyre@rossmed.edu.dm; GMeisenberg@rossmed.edu.dm; mmoore@rossmed.edu.dm; tmusial@rossmed.edu.dm; rnasiiro@rossmed.edu.dm; jnine@rossmed.edu.dm; pocallaghan@rossmed.edu.dm; oodonoghue@rossmed.edu.dm; eodutola@rossmed.edu.dm; dpederson@rossmed.edu.dm; pricketts@rossmed.edu.dm; mriviere@rossmed.edu.dm; prockett@rossmed.edu.dm; droyer@rossmed.edu.dm; dsacks@rossmed.edu.dm; msacks@rossmed.edu.dm; jsands@rossmed.edu.dm; hschiff@rossmed.edu.dm; cschipul@rossmed.edu.dm; eschlegel@rossmed.edu.dm; nselfridge@rossmed.edu.dm; hshams@rossmed.edu.dm; dsharma@rossmed.edu.dm; msheakley@rossmed.edu.dm; csloma@rossmed.edu.dm; jsmolanoff@rossmed.edu.dm; vthomas@rossmed.edu.dm; |

**Cc:**
mthomas@rossmed.edu.dm; kthompson@rossmed.edu.dm; jturnbull@rossmed.edu.dm;
muddin@rossmed.edu.dm; nuebelhart@rossmed.edu.dm; svigh@rossmed.edu.dm;
lwelke@rossu.edu; swhite@rossmed.edu.dm; awilke@rossu.edu;
kwinston@rossmed.edu.dm; bwright@rossmed.edu.dm;
myakubovskyy@rossmed.edu.dm; ayin@rossmed.edu.dm; rcoutinho@rossu.edu;
jjohnson@rossmed.edu.dm; cseidel@rossmed.edu.bs; pconran@rossmed.edu.dm;
kMalaker@rossmed.edu.dm; snunn@rossmed.edu.dm; jrios@rossu.edu;
jdearmas@rossmed.edu.dm; jelwin@rossmed.edu.dm; rodiamar@rossmed.edu.dm;
ipascal@rossmed.edu.dm; hpaul@rossmed.edu.dm; dsantiago@rossmed.edu.dm;
sstluce@rossmed.edu.dm; aVillanueva@rossu.edu; sworrel@rossmed.edu.dm;
farmour@rossmed.edu.dm; gbenjamin@rossmed.edu.dm; djohnson@rossmed.edu.dm;
rkrone@rossmed.edu.dm; llarsen@rossmed.edu.dm; gletang@rossmed.edu.dm;
pmeadethomas@rossmed.edu.dm; rschroeder@rossmed.edu.dm;
adolberry@rossmed.edu.dm; lcostello@rossmed.edu.dm; mcuffy@rossmed.edu.dm;
lcobb@rossmed.edu.dm; fkirera@rossmed.edu.dm; ybarzani@rossmed.edu.dm;
dbenadallah@rossmed.edu.dm; kjones@rossmed.edu.dm; smuneer@rossmed.edu.dm;
bnugusie@rossmed.edu.dm; npatel@rossmed.edu.dm; hrussell@rossmed.edu.dm;
cseeber@rossmed.edu.dm; abateson@RossU.edu; ckeator@rossmed.edu.dm;
radams@rossmed.edu.dm; lbuckley@rossmed.edu.dm; RSt.Hilaire@RossMed.edu.dm;
nmire@rossmed.edu.dm; vsiddiqui@rossmed.edu.dm; mfahm@rossmed.edu.dm;
tgiguiere@rossmed.edu.dm; jguzman@rossmed.edu.dm; pmanjinder@rossmed.edu.dm;
jthurston@rossmed.edu.dm; ynielsen@rossu.edu; nlynch@rossu.edu; eyao@rossu.edu;
landersen@rossu.edu; tharkness@rossu.edu; lmuramoto@rossu.edu;
MGarcia@rossu.edu; JDipretoro@rossu.edu; ehealey@rossu.edu;
ewasserman@rossu.edu; tciolek@rossu.edu; THueller@rossu.edu; ecoccia@rossu.edu;
jrooney@rossu.edu; NGibbs@RossU.edu

**Subject:**
How many more students will have to be ruined financially before Joseph Flaherty is
fully satisfied?

Dr. Flaherty,

As a dean of a for-profit medical school with an attrition rate of over
20%, you have brought shame and indignity to Ross University and the
medical community.

Your legacy as the dean of Ross University will be remembered as the
one who shattered the dreams of many and who profited from all the
students who had to live with massive debt and financial ruin.

I have no doubt that your conscious will suffer in this life for the
financial crime you committed against all those students who are now
left penniless, including myself. There is no justification for what you
did, and you are worse than a common criminal.

Mr. Flaherty, it is time for you to step down. If you have any dignity
left, you'll cooperate with Congress and the Department of Education's
investigations against DeVry, Inc. and all those responsible.

How many more students will have to be ruined financially before you
are fully satisfied?

As history has noted, many of journalists in Iran sent to prison for

publications against government and its institutions. If I have to be
put in prison in United States for publishing what Ross University did
to me, I'll still publish and tell what Ross University did to me.

# EXHIBIT B



**WHOIS Result for STOPDEVRY.com**

You are here: Home : WHOIS Result for STOPDEVRY.com

Do you need any help?

# WHOIS Result for STOPDEVRY.com

Register a Domain
Bulk Domain Register
Dig (DNS) Lookup
WHOIS Lookup
TRACEROUTE
ABR Lookup by Name
ABN Lookup by Number
ACN Lookup

**Domain** STOPDEVRY.com   | WHOIS Lookup |

**More Details:**  Check STOPDEVRY.com  |  DIG STOPDEVRY.com  |  Traceroute on STOPDEVRY.com

The following is the result of a WHOIS query on the registry for STOPDEVRY.com.

Changes to a WHOIS result can only be made at your registrar or reseller.





```
STOPDEVRY.com domain lookup results from whois.launchpad.com server:

Domain Name: STOPDEVRY.COM
Registry Domain ID:
Registrar WHOIS Server: whois.launchpad.com
Registrar URL: LaunchPad.com
Updated Date: 30-Nov-2013
Creation Date: 30-Nov-2013
Registrar Registration Expiration Date: 30-Nov-2014
Registrar: Launchpad, Inc. (HostGator)
Registrar IANA ID: 955
Registrar Abuse Contact Email: abuse@websitewelcome.com
Registrar Abuse Contact Phone: +1.713-574-5287
Registration Service Provided By: LAUNCHPAD.COM, INC.
Domain Status: clientTransferProhibited
Registry Registrant ID: HG_31252004
Registrant Name: Ben Amini
Registrant Organization: None
Registrant Street: 13835 N.Tatum Blvd #9-280
Registrant City: phoenix
Registrant State/Province: AL
Registrant Postal Code: 85032
Registrant Country: US
Registrant Phone: +1.7135745287
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: green973271@yahoo.com
Registry Admin ID: HG_31252006
Admin Name: Ben Amini
Admin Organization: None
Admin Street: 13835 N.Tatum Blvd #9-280
Admin City: phoenix
Admin State/Province: AL
Admin Postal Code: 85032
Admin Country: US
Admin Phone: +1.7135745287
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: green973271@yahoo.com
Registry Tech ID: HG_31252009
Tech Name: Ben Amini
Tech Organization: None
Tech Street: 13835 N.Tatum Blvd #9-280
Tech City: phoenix
Tech State/Province: AL
Tech Postal Code: 85032
Tech Country: US
Tech Phone: +1.7135745287
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: green973271@yahoo.com
Name Server: ns1.hostgator.com
Name Server: ns2.hostgator.com
DNSSEC:Unsigned
The data in this whois database is provided to you for information purposes
only, that is, to assist you in obtaining information about or related to a
domain name registration record. We make this information available "as is",
and do not guarantee its accuracy. By submitting a whois query, you agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to:
(1) enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or
by telephone.
```

The compilation, repackaging, dissemination or other use of this data is
expressly prohibited without prior written consent from us. The Registrar of
record is Launchpad, Inc. (HostGator).
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.
URL of the ICANN WHOIS Data Problem Reporting System:http://wdprs.internic.net/
Last update of WHOIS database: Tue Dec 17 14:16:33 GMT 2013



## Nexus 7 from $229

www.google.com/nexus

The 7" tablet from Google. Free shipping for limited time. Buy now.



   

Forgotten your Password? | Legal | About | SiteMap | Policy | Contact |Press

© 1999 - 2013 CopyRight of Whois Pty Ltd. ABN 43 116 326 099 | DUNS® 754061430

Whois® is a registered Australian trademark #1328861. All rights reserved. Whois® makes domain names easy.

# EXHIBIT C

## William S. Gyves

| | |
|---|---|
| **From:** | Ben Amini <bccpda@yahoo.com> |
| **Sent:** | Saturday, November 09, 2013 5:44 PM |
| **To:** | James P. Flynn |
| **Cc:** | William S. Gyves |
| **Subject:** | DEMAND FOR PRESERVATION OF ELECTRONICALLY STORED INFORMATION |
| **Attachments:** | Demand-For-Preservation-ESI.pdf |

See Attached.
-------------------------------------------
On Thu, 10/31/13, James P. Flynn <JFlynn@ebglaw.com> wrote:

Subject: RE: Amini
To: "Ben Amini" <bccpda@yahoo.com>
Cc: "William S. Gyves" <WGyves@ebglaw.com>
Date: Thursday, October 31, 2013, 6:42 AM

Mr. Amini,

Have these various "corrected" and "amended" responses
concerning the preliminary injunction application been sent
to the Court?

Please understand that the Court's orders did not provide
for additional sur-reply submissions by you after
plaintiffs' reply papers were filed, and plaintiffs'
reserve the right to object to their submission.

Jim


James P. Flynn  | http://www.ebglaw.com/bio_JFlynn
t 973.639.8285  | f 973.639.8931
mailto:JFlynn@ebglaw.com

One Gateway Center | Newark, NJ 07102
t 973.642.1900 | http://www.ebglaw.com/

Think Green. Please consider the environment before you
print this message. Thank you.
-----Original Message-----

From: Ben Amini [mailto:bccpda@yahoo.com]
Sent: Wednesday, October 30, 2013 4:49 PM
To: James P. Flynn
Subject: RE: Amini

Mr. Flynn,

The attached is corrected exhibit for the amended response.
I mistakenly put summery judgment on exhibit 23 of the other
exhibit rather than the preliminary judgment ruling. This
exhibit has the preliminary injunction ruling.


Thanks
-------------------------------------------
On Tue, 10/29/13, James P. Flynn <JFlynn@ebglaw.com>
wrote:

Subject: RE: Amini
To: "Ben Amini" <bccpda@yahoo.com>
Cc: "William S. Gyves" <WGyves@ebglaw.com>
Date: Tuesday, October 29, 2013, 2:46 PM

Mr. Amini,

So long as your motions are filed with clerk within
twenty-one days of October 16 and unless otherwise ordered
by the court, your time to answer complaint will be tolled
until fourteen days after court decides on those
motions.  That occurs by operation of the rules, see
Fed R Civ P. 12(a)(4), and my consent is unnecessary.

Jim


James P. Flynn  | http://www.ebglaw.com/bio_JFlynn
 t 973.639.8285  | f 973.639.8931
 mailto:JFlynn@ebglaw.com

One Gateway Center | Newark, NJ 07102
t 973.642.1900 | http://www.ebglaw.com/

Think Green. Please consider the environment before you
print this message. Thank you.
-----Original Message-----

From: Ben Amini [mailto:bccpda@yahoo.com]
Sent: Tuesday, October 29, 2013 5:06 PM
To: James P. Flynn
Subject: Re: Amini

Mr. Flynn,

I am wondering if you would stipulate that I hand in my
amended answers after the motions are heard. It is just I
am
extremely depress and I need some times to get my head
around it.

Thanks


------------------------------------------------
On Mon, 10/28/13, James P. Flynn <JFlynn@ebglaw.com>
wrote:

 Subject: Amini
 To: "bccpda@yahoo.com"
<bccpda@yahoo.com>
 Cc: "William S. Gyves" <WGyves@ebglaw.com>
 Date: Monday, October 28, 2013, 2:09 PM




 Mr. Amini,

  Attached is an example of
  a notice of motion as required by our local rules,
as
  mentioned in my last email.

  Further, here is a link to
  Federal Rule of Civil Procedure 8(b)--
  http://www.law.cornell.edu/rules/frcp/rule_8

  Jim




 James P. Flynn | Bio

t 973.639.8285 | f
973.639.8931

JFlynn@ebglaw.com

One Gateway Center | Newark, NJ
07102

t 973.642.1900 | www.ebglaw.com

Think
Green. Please consider the environment before you
print
this message. Thank you.

CONFIDENTIALITY NOTE: This communication is
intended only for the person or entity to which it
is
addressed and may contain information that is
privileged,
confidential or otherwise protected
from disclosure.  Dissemination,
distribution
or
copying of this communication or the information
herein by
anyone other than the intended recipient, or an
employee
or
agent responsible for delivering the message to the
intended
recipient, is prohibited.  If
you have received this communication in
error, please
call
the Help Desk of Epstein Becker & Green, P.C. at
(212)
351-4701 and destroy the original message and all
copies.

To ensure
compliance with requirements imposed by the IRS, we inform
you that any U.S. federal tax advice contained in this
communication (including any attachments) is not intended
or
written to
be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any
transaction or matter addressed herein.

Pursuant to
the CAN-SPAM Act this communication may be considered an
advertisement or solicitation.  If you would prefer
not
to receive future marketing and promotional mailings,
please
submit your
request via email to ebgus@ebglaw.com or
via postal mail to Epstein Becker
& Green, P.C. Attn: Marketing
Department, 250 Park Avenue, New York, NY 10177.  Be
sure to include your email address if submitting your
request via postal mail.EBGST041706

## William S. Gyves

**From:**          Ben Amini <bccpda@yahoo.com>
**Sent:**          Tuesday, November 05, 2013 12:56 AM
**To:**            James P. Flynn
**Cc:**            William S. Gyves
**Subject:**       Nov-4 Letter Response
**Attachments:**   Nov-4-Letter.pdf

See Attached.
-------------------------------------------
On Thu, 10/31/13, James P. Flynn <JFlynn@ebglaw.com> wrote:

Subject: RE: Amini
To: "Ben Amini" <bccpda@yahoo.com>
Cc: "William S. Gyves" <WGyves@ebglaw.com>
Date: Thursday, October 31, 2013, 6:42 AM

Mr. Amini,

Have these various "corrected" and "amended" responses
concerning the preliminary injunction application been sent
to the Court?

Please understand that the Court's orders did not provide
for additional sur-reply submissions by you after
plaintiffs' reply papers were filed, and plaintiffs'
reserve the right to object to their submission.

Jim


James P. Flynn  | http://www.ebglaw.com/bio_JFlynn
t 973.639.8285  | f 973.639.8931
mailto:JFlynn@ebglaw.com

One Gateway Center | Newark, NJ 07102
t 973.642.1900 | http://www.ebglaw.com/

Think Green. Please consider the environment before you
print this message. Thank you.
-----Original Message-----

From: Ben Amini [mailto:bccpda@yahoo.com]
Sent: Wednesday, October 30, 2013 4:49 PM
To: James P. Flynn
Subject: RE: Amini

Mr. Flynn,

The attached is corrected exhibit for the amended response.
I mistakenly put summery judgment on exhibit 23 of the other
exhibit rather than the preliminary judgment ruling. This
exhibit has the preliminary injunction ruling.


Thanks
---------------------------------------------
On Tue, 10/29/13, James P. Flynn <JFlynn@ebglaw.com>
wrote:

Subject: RE: Amini
To: "Ben Amini" <bccpda@yahoo.com>
Cc: "William S. Gyves" <WGyves@ebglaw.com>
Date: Tuesday, October 29, 2013, 2:46 PM

Mr. Amini,

So long as your motions are filed with clerk within
twenty-one days of October 16 and unless otherwise ordered
by the court, your time to answer complaint will be tolled
until fourteen days after court decides on those
motions.  That occurs by operation of the rules, see
Fed R Civ P. 12(a)(4), and my consent is unnecessary.

Jim


James P. Flynn  | http://www.ebglaw.com/bio_JFlynn
 t 973.639.8285   | f 973.639.8931
 mailto:JFlynn@ebglaw.com

One Gateway Center | Newark, NJ 07102
t 973.642.1900 | http://www.ebglaw.com/

Think Green. Please consider the environment before you
print this message. Thank you.
-----Original Message-----

From: Ben Amini [mailto:bccpda@yahoo.com]
Sent: Tuesday, October 29, 2013 5:06 PM
To: James P. Flynn
Subject: Re: Amini

Mr. Flynn,

I am wondering if you would stipulate that I hand in my
amended answers after the motions are heard. It is just I
am
extremely depress and I need some times to get my head
around it.

Thanks


---------------------------------------------
On Mon, 10/28/13, James P. Flynn <JFlynn@ebglaw.com>
wrote:

 Subject: Amini
 To: "bccpda@yahoo.com"
<bccpda@yahoo.com>
 Cc: "William S. Gyves" <WGyves@ebglaw.com>
 Date: Monday, October 28, 2013, 2:09 PM


 Mr. Amini,

 Attached is an example of
 a notice of motion as required by our local rules,
as
 mentioned in my last email.

 Further, here is a link to
 Federal Rule of Civil Procedure 8(b)--
 http://www.law.cornell.edu/rules/frcp/rule_8

 Jim


 James P. Flynn | Bio

3

t 973.639.8285 | f
973.639.8931

JFlynn@ebglaw.com

One Gateway Center | Newark, NJ
07102

t 973.642.1900 | www.ebglaw.com

Think
Green. Please consider the environment before you print
this message. Thank you.

CONFIDENTIALITY NOTE: This communication is
intended only for the person or entity to which it is
addressed and may contain information that is privileged,
confidential or otherwise protected
from disclosure.  Dissemination, distribution
or
copying of this communication or the information herein by
anyone other than the intended recipient, or an employee
or
agent responsible for delivering the message to the intended
recipient, is prohibited.  If
you have received this communication in error, please
call
the Help Desk of Epstein Becker & Green, P.C. at (212)
351-4701 and destroy the original message and all
copies.

4

To ensure
 compliance with requirements imposed by the IRS, we
inform
 you that any U.S. federal tax advice contained in
this
 communication (including any attachments) is not
intended
 or
 written to
 be used, and cannot be used, for the
purpose of (i)
 avoiding penalties under the Internal Revenue Code or
(ii)
 promoting, marketing or recommending to another party
any
 transaction or matter addressed herein.

 Pursuant to
 the CAN-SPAM Act this communication may be considered
an
 advertisement or solicitation.  If you would
prefer
 not
 to receive future marketing and promotional
mailings,
 please
 submit your
  request via email to ebgus@ebglaw.com or
via postal mail to Epstein Becker
 & Green, P.C. Attn: Marketing
  Department, 250 Park Avenue, New York, NY
10177.  Be
 sure to include your email address if submitting
your
 request via postal mail.EBGST041706

## William S. Gyves

| | |
|---|---|
| **From:** | Ben Amini <bccpda@yahoo.com> |
| **Sent:** | Saturday, November 02, 2013 3:55 AM |
| **To:** | James P. Flynn |
| **Cc:** | William S. Gyves; Cotzlaw2@aol.com |
| **Subject:** | RE: Amini |

Your client is becoming very popular over the WWW:

https://www.facebook.com/pages/Stop-Devry/193945497460064

What are you going to do? get an injunction against he/she too? Are you going to call them disgruntled dropout too? Are you going to impose prior restrain on them too?


-------------------------------------------
On Tue, 10/29/13, James P. Flynn <JFlynn@ebglaw.com> wrote:

Subject: RE: Amini
To: "Ben Amini" <bccpda@yahoo.com>
Cc: "William S. Gyves" <WGyves@ebglaw.com>
Date: Tuesday, October 29, 2013, 2:46 PM

Mr. Amini,

So long as your motions are filed with clerk within
twenty-one days of October 16 and unless otherwise ordered
by the court, your time to answer complaint will be tolled
until fourteen days after court decides on those
motions.  That occurs by operation of the rules, see
Fed R Civ P. 12(a)(4), and my consent is unnecessary.

Jim


James P. Flynn  |  http://www.ebglaw.com/bio_JFlynn
t 973.639.8285  | f 973.639.8931
mailto:JFlynn@ebglaw.com

One Gateway Center | Newark, NJ 07102
t 973.642.1900 | http://www.ebglaw.com/

Think Green. Please consider the environment before you
print this message. Thank you.
-----Original Message-----
From: Ben Amini [mailto:bccpda@yahoo.com]
Sent: Tuesday, October 29, 2013 5:06 PM

To: James P. Flynn
Subject: Re: Amini

Mr. Flynn,

I am wondering if you would stipulate that I hand in my
amended answers after the motions are heard. It is just I am
extremely depress and I need some times to get my head
around it.

Thanks


---------------------------------------------
On Mon, 10/28/13, James P. Flynn <JFlynn@ebglaw.com>
wrote:

 Subject: Amini
 To: "bccpda@yahoo.com"
<bccpda@yahoo.com>
 Cc: "William S. Gyves" <WGyves@ebglaw.com>
 Date: Monday, October 28, 2013, 2:09 PM




Mr. Amini,

Attached is an example of
a notice of motion as required by our local rules, as
mentioned in my last email.

Further, here is a link to
Federal Rule of Civil Procedure 8(b)--
http://www.law.cornell.edu/rules/frcp/rule_8

Jim

James P. Flynn | Bio

t 973.639.8285 | f
973.639.8931

JFlynn@ebglaw.com

One Gateway Center | Newark, NJ
07102

t 973.642.1900 | www.ebglaw.com

Think
Green. Please consider the environment before you print
this message. Thank you.

CONFIDENTIALITY NOTE: This communication is
intended only for the person or entity to which it is
addressed and may contain information that is privileged,
confidential or otherwise protected
 from disclosure.  Dissemination, distribution
or
 copying of this communication or the information herein by
 anyone other than the intended recipient, or an employee
or
 agent responsible for delivering the message to the
intended
 recipient, is prohibited.  If
  you have received this communication in error, please
call
 the Help Desk of Epstein Becker & Green, P.C. at (212)
 351-4701 and destroy the original message and all
 copies.

3

To ensure
compliance with requirements imposed by the IRS, we inform
you that any U.S. federal tax advice contained in this
communication (including any attachments) is not intended
or
written to
 be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any
transaction or matter addressed herein.

Pursuant to
the CAN-SPAM Act this communication may be considered an
advertisement or solicitation.  If you would prefer
not
 to receive future marketing and promotional mailings,
please
 submit your
 request via email to ebgus@ebglaw.com or
via postal mail to Epstein Becker
 & Green, P.C. Attn: Marketing
 Department, 250 Park Avenue, New York, NY
10177.  Be
 sure to include your email address if submitting your
 request via postal mail.EBGST041706

## William S. Gyves

**From:**       Ben Amini <bccpda@yahoo.com>
**Sent:**       Wednesday, October 16, 2013 7:26 AM
**To:**         William S. Gyves
**Subject:**    Re: RUSM v. Amini

Gyves,

In order for you to get a TRO, you need to demonstrate three thing:

1- That there is irraprable injury to your client---which you know it is not true and if you claim so, you are acting in bad faith. The website is based on my personal opinion and published articles in the news. So if you are going to make up something, the judge is going to see that you lied to the court.

2-- That the court has jurisdiction. I reside in Arizona, and I don't have any connection with state of NJ. Once I get served with court documents, then I file a motion for a change in venue.

3- That you have a good chance to win the case. I 100% doubt that given the fact that it was your client, intentionally broke the agreement first (I have ample evidence to prove my case against your client), and the agreement was fraud. So I have a major counter claim against your client that must be sorted out first.


I any event, I don't have a phone as I am 100% broke, thanks to your client. But I can use skype and I can call the honorable judge, through your phone, if you send me an email with time and date.

I intend to fight this to the end, as long as it takes. Even though I am a Citizen of Canada and no judgment from US court on matters relating to what your client is alleging is enforceable in Canada ( there is not reciprocity in this case), I am going to fight this here because I beleive it is your client which is bogus and defrauded students like me and taxpayers.

Once last note, since English is my second language, I am requesting for an interpreter and translation to Farsi for all your questions.

Have a nice day in the court!


---------------------------------------------
On Wed, 10/16/13, William S. Gyves <WGyves@ebglaw.com> wrote:

 Subject: RUSM v. Amini
 To: "Ben Amini" <bccpda@yahoo.com>, "unitedstates@cox.net" <unitedstates@cox.net>
 Cc: "Cotzlaw2@aol.com" <Cotzlaw2@aol.com>
 Date: Wednesday, October 16, 2013, 3:00 AM

Good morning, Mr.
Amini.  Please be advised that on behalf of Ross
University School of Medicine and Global Education
International, Inc., we will be appearing
 in the United States District Court for the District of New
Jersey in Trenton today seeking, by way of an order to show
cause, an expedited hearing on our application for
preliminary injunctive relief against you and the bogus Ross
University websites you
 have established and are maintaining.  We also will be
seeking temporary restraints pending the preliminary
injunction hearing.  Please be guided
accordingly.  We will forward copies of our papers
shortly, and advise of any developments with respect to our
 application once we file our papers.  In the event the
judge assigned to our application may wish to hear from you
and you are unable to appear today, is there a telephone
number we may provide to the Court so the judge can reach
you telephonically?

I have copied George
Cotz on this email as a courtesy.  Based on my recent
conversation with Mr. Cotz, I understand that he does not
currently represent you.
 If I am incorrect in this regard, I ask Mr. Cotz to so
inform me.  If you have retained new counsel with
respect to this matter, please forward his/her contact
information so I may reach out to your counsel
directly.

Feel free to contact
me at your convenience.

William S. Gyves | Bio

2

t 212.351.3770 | t
973.639.8284 | f
212.878.8600

WGyves@ebglaw.com


250 Park Avenue | New York, NY
10177

t 212.351.4500 | www.ebglaw.com



Think
Green. Please consider the environment before you print
this message. Thank you.




CONFIDENTIALITY NOTE: This communication is
intended only for the person or entity to which it is
addressed and may contain information that is privileged,
confidential or otherwise protected
 from disclosure.  Dissemination, distribution or
copying of this communication or the information herein by
anyone other than the intended recipient, or an employee or
agent responsible for delivering the message to the intended
recipient, is prohibited.  If
 you have received this communication in error, please call
the Help Desk of Epstein Becker & Green, P.C. at (212)
351-4701 and destroy the original message and all
copies.

To ensure
compliance with requirements imposed by the IRS, we inform
you that any U.S. federal tax advice contained in this
communication (including any attachments) is not intended or
written to
 be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any
transaction or matter addressed herein.

3

Pursuant to
the CAN-SPAM Act this communication may be considered an
advertisement or solicitation.  If you would prefer not
to receive future marketing and promotional mailings, please
submit your
 request via email to ebgus@ebglaw.com or via postal mail to Epstein Becker
& Green, P.C. Attn: Marketing
 Department, 250 Park Avenue, New York, NY 10177.  Be
sure to include your email address if submitting your
request via postal mail.EBGST041706

## William S. Gyves

**From:**       Ben Amini <bccpda@yahoo.com>
**Sent:**       Tuesday, October 15, 2013 7:01 PM
**To:**         William S. Gyves
**Subject:**    Re: Ross University

Mr. Gyves,

As an attorney from New york, I am quite sure you are familiar with rule 8.4 of the NYS rules of professional conduct, and rule 1.6A.

I believe you/your institution/your agents, directly/indirectly, conspired with my former attorney, Colleen Kerwick, to inflict pain and suffering upon me, including violating the non-disparagement agreement that was signed on Feb. 2012. I believe you utilized the information that was provided to you by my former attorney, knowing these information are protected under attorney client privilege clause.  Not only you/your institution/your agents used these information as a pretext to retaliate against me, but shared these information with other individuals, third parties, knowing clearly that these information were confidential.

As such, I am filing a complaint against you, and your law firm, with Departmental Disciplinary Committee for the First Department for violation of rule 8.4 of the NYS rules of professional conduct, and rule 1.6A.

Thank you.


---------------------------------------------
On Thu, 10/10/13, William S. Gyves <WGyves@ebglaw.com> wrote:

 Subject: Ross University
 To: "unitedstates@cox.net" <unitedstates@cox.net>, "bccpda@yahoo.com" <bccpda@yahoo.com>, "info@rossu.net" <info@rossu.net>
 Cc: "Cotzlaw2@aol.com" <Cotzlaw2@aol.com>
 Date: Thursday, October 10, 2013, 6:19 AM

 Please see the attached.


 William S. Gyves  | http://www.ebglaw.com/bio_WGyves
 t 212.351.3770  | t 973.639.8284  | f 212.878.8600
 mailto:WGyves@ebglaw.com

 250 Park Avenue | New York, NY 10177
 t 212.351.4500 | http://www.ebglaw.com/

 Think Green. Please consider the environment before you print this message. Thank you.

1

--------------------------------------------------------------------------
CONFIDENTIALITY NOTE: This communication is intended only
for the person or entity to which it is addressed and may
contain information that is privileged, confidential or
otherwise protected from disclosure.  Dissemination,
distribution or copying of this communication or the
information herein by anyone other than the intended
recipient, or an employee or agent responsible for
delivering the message to the intended recipient, is
prohibited.  If you have received this communication in
error, please call the Help Desk of Epstein Becker &
Green, P.C. at (212) 351-4701 and destroy the original
message and all copies.
To ensure compliance with requirements imposed by the IRS,
we inform you that any U.S. federal tax advice contained in
this communication (including any attachments) is not
intended or written to be used, and cannot be used, for the
purpose of (i) avoiding penalties under the Internal Revenue
Code or (ii) promoting, marketing or recommending to another
party any transaction or matter addressed herein.
Pursuant to the CAN-SPAM Act this communication may be
considered an advertisement or solicitation.  If you
would prefer not to receive future marketing and promotional
mailings, please submit your request via email to mailto:ebgus@ebglaw.com or
via postal mail to Epstein Becker & Green, P.C. Attn:
Marketing Department, 250 Park Avenue, New York, NY
10177.  Be sure to include your email address if
submitting your request via postal mail.EBGST041706
--------------------------------------------------------------------------

## William S. Gyves

| | |
|---|---|
| **From:** | Ben Amini <bccpda@yahoo.com> |
| **Sent:** | Thursday, October 10, 2013 6:01 PM |
| **To:** | William S. Gyves |
| **Cc:** | Michael Greene; Janet Lorin; cotzlaw2@aol.com; Shillingfordd@cwdom.dm; JFlaherty@RossU.edu; CaseTeams@ed.gov |
| **Subject:** | Re: Ross University |
| **Attachments:** | Document.pdf |

Here is the attachment of the Ross University hired lynchpin, William Gyves, against a student who is broke, crushed, in $300,000 debt and his medical career was taken away bu Ross University for trying to expose this institution since 2009, and now trying to take away the last thing that has left for me, my freedom to speak.

On Thursday, October 10, 2013 7:00 AM, Ben Amini <bccpda@yahoo.com> wrote:
Mr. Gyves,

1- The agreement you are referring to was signed under duress, as I was forced to sign the agreement to save my medical career against an on going harassment and retaliation by your client.

2- After I transferred to AUA, your client contacted AUA and informed them about the cirmusatance of my tenafer. This lead to direct interference with my medical education at AUA, which subsequently lead to my dismissal from AUA, which is in violation of the agreement you are referring to.

3- The content of the website you are referring to is protected under the first amendment of united states for free speech, against a foreign operated for-profit medical school that its parents company, Devry, is currently under investigation by state attorney general and US senate. I will continue to contact the media, the dept of education, the medical board of Dominica, to inform them how your client retaliated against me, against Michael Greene, and many other student. How your client tried to force students to sign a non-dispharagment agreement, like you did to me and Michael Greene, in order to prevent us from complaining against your client( see http://www.stopdevry.net/lawsuit.html).

4- If I have to go to relocate to another country to protect my first amendment right against Devry or your client, I will.

I am forwarding your email to the reporter at Bloomberg and dept of education.

Have a Nice day!


On Thursday, October 10, 2013 6:19 AM, William S. Gyves <WGyves@ebglaw.com> wrote:
Please see the attached.


William S. Gyves  | http://www.ebglaw.com/bio_WGyves
t 212.351.3770  | t 973.639.8284  | f 212.878.8600
mailto:WGyves@ebglaw.com

250 Park Avenue | New York, NY 10177
t 212.351.4500 | http://www.ebglaw.com/

Think Green. Please consider the environment before you print this message. Thank you.


------------------------------------------------------------------------
CONFIDENTIALITY NOTE: This communication is intended only for the person or entity to which it is
addressed and may contain information that is privileged, confidential or otherwise protected from
disclosure.  Dissemination, distribution or copying of this communication or the information herein by
anyone other than the intended recipient, or an employee or agent responsible for delivering the
message to the intended recipient, is prohibited.  If you have received this communication in error,
please call the Help Desk of Epstein Becker & Green, P.C. at (212) 351-4701 and destroy the original
message and all copies.
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax
advice contained in this communication (including any attachments) is not intended or written to be
used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code
or (ii) promoting, marketing or recommending to another party any transaction or matter addressed
herein.
Pursuant to the CAN-SPAM Act this communication may be considered an advertisement or
solicitation.  If you would prefer not to receive future marketing and promotional mailings, please
submit your request via email to mailto:ebgus@ebglaw.com or via postal mail to Epstein Becker &
Green, P.C. Attn: Marketing Department, 250 Park Avenue, New York, NY 10177.  Be sure to include
your email address if submitting your request via postal mail.EBGST041706
------------------------------------------------------------------------

## William S. Gyves

| | |
|---|---|
| **From:** | Ben Amini <bccpda@yahoo.com> |
| **Sent:** | Thursday, October 10, 2013 10:01 AM |
| **To:** | William S. Gyves |
| **Cc:** | Michael Greene; Janet Lorin; cotzlaw2@aol.com; Shillingfordd@cwdom.dm; JFlaherty@RossU.edu; CaseTeams@ed.gov |
| **Subject:** | Re: Ross University |

Mr. Gyves,

1- The agreement you are referring to was signed under duress, as I was forced to sign the agreement to save my medical career against an on going harassment and retaliation by your client.

2- After I transferred to AUA, your client contacted AUA and informed them about the cirmusatance of my tenafer. This lead to direct interference with my medical education at AUA, which subsequently lead to my dismissal from AUA, which is in violation of the agreement you are referring to.

3- The content of the website you are referring to is protected under the first amendment of united states for free speech, against a foreign operated for-profit medical school that its parents company, Devry, is currently under investigation by state attorney general and US senate. I will continue to contact the media, the dept of education, the medical board of Dominica, to inform them how your client retaliated against me, against Michael Greene, and many other student. How your client tried to force students to sign a non-dispharagment agreement, like you did to me and Michael Greene, in order to prevent us from complaining against your client( see http://www.stopdevry.net/lawsuit.html).

4- If I have to go to relocate to another country to protect my first amendment right against Devry or your client, I will.

I am forwarding your email to the reporter at Bloomberg and dept of education.

Have a Nice day!

On Thursday, October 10, 2013 6:19 AM, William S. Gyves <WGyves@ebglaw.com> wrote:
Please see the attached.

William S. Gyves  | http://www.ebglaw.com/bio_WGyves
t 212.351.3770  | t 973.639.8284  | f 212.878.8600
mailto:WGyves@ebglaw.com

250 Park Avenue | New York, NY 10177
t 212.351.4500 | http://www.ebglaw.com/

Think Green. Please consider the environment before you print this message. Thank you.

-----------------------------------------------------------------------

CONFIDENTIALITY NOTE: This communication is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure.  Dissemination, distribution or copying of this communication or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited.  If you have received this communication in error, please call the Help Desk of Epstein Becker & Green, P.C. at (212) 351-4701 and destroy the original message and all copies.

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Pursuant to the CAN-SPAM Act this communication may be considered an advertisement or solicitation.  If you would prefer not to receive future marketing and promotional mailings, please submit your request via email to mailto:ebgus@ebglaw.com or via postal mail to Epstein Becker & Green, P.C. Attn: Marketing Department, 250 Park Avenue, New York, NY 10177.  Be sure to include your email address if submitting your request via postal mail.EBGST041706

-----------------------------------------------------------------------