EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, New Jersey 07102
Telephone:  (973) 642-1900
Facsimile:   (973) 642-0099
Attorneys for Plaintiffs
Ross University School of Medicine and
Global Education International, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE and GLOBAL EDUCATION INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEHZAD AMINI, WWW.ROSSU.NET, WWW.ROSSMEDICALSCHOOL.ORG, WWW.ROSSMEDSCHOOL.COM and WWW.JOHNDOEROSSINFRINGINGSITES1-20.DOE <br><br> Defendants. | Civil Action No. 3:13-CV-06121-AET-TJB <br><br> **DECLARATION OF** <br> **JAMES P. FLYNN, ESQ.** |

I, JAMES P. FLYNN, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.      I am an attorney duly licensed to practice in the State of New Jersey and a member of the firm of Epstein Becker & Green, P.C., attorneys for plaintiffs Ross University School of Medicine ("RUSM") and Global Education International, Inc. (collectively, "Plaintiffs") in the above-captioned action.

2.      I respectfully submit this supplemental declaration in further support of Plaintiffs' application for an order holding defendant Behzad Amini in civil contempt for violating the Court's Order of Preliminary Injunction dated December 9, 2013 ("Preliminary Injunction"), as well as the Temporary Restraining Order dated October 16, 2013 ("TRO") and

Order Providing for Continuing Injunction dated October 28, 2013 ("Continuing Injunction"), and for certain related interim relief.

3.      Just this afternoon, I received an email from Amini in which he advised that he is "leaving [the] United States...indefinitely", effective Saturday, December 21, 2013.

4.      Even though this matter remains on the active docket, Amini declared that "[t]oday would be my last court appearance in this matter . . ."

5.      Notwithstanding that this Court has enjoined him from disparaging RUSM and its personnel and affiliates, Amini states in his email: "I would however continue with expressing my free speech and grievance against your client, every single day, as long as I live. Good luck with your lawsuit."

6.      I have attached hereto a true copy of Amini's email along with my response to him as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 19, 2013

_____
/s/ James P. Flynn
James P. Flynn

# EXHIBIT A

REDACTED

From: James P. Flynn
Sent: Thursday, December 19, 2013 12:52 PM
To: 'Ben Amini'
Cc: William S. Gyves; 'john_basilone@njd.uscourts.gov'
Subject: RE: FW: Ross University v. Amini et al

Mr. Amini,

The Court has specified Friday, December 20, 2013 at 4pm as the new time for discussion with court.  Since you are still in United States until Saturday, your participation Friday at 4pm is expected, unless court sets earlier date or time.

Very truly yours,

Jim

-----Original Message-----
From: Ben Amini [mailto:bccpda@yahoo.com]
Sent: Thursday, December 19, 2013 12:01 PM

To: James P. Flynn
Subject: Re: FW: Ross University v. Amini et al

Mr. Flynn,

Just to inform you that I am leaving United States this Saturday indefinitely. Today would be my last court appearance in this matter as I would not be able to participate in these proceedings anymore due to lack of resources and not being able to represent myself from a foreign jurisdiction.

I would however continue with expressing my free speech and grievance against your client, every single day, as long as I live.

Good luck with your lawsuit.


----------------------------------------------
On Thu, 12/19/13, James P. Flynn <JFlynn@ebglaw.com> wrote:

Subject: FW: Ross University v. Amini et al
To: "bccpda@yahoo.com" <bccpda@yahoo.com>
Date: Thursday, December 19, 2013, 8:15 AM




Dial in for 11:30 am
eastern call with Court--888 324 2213 code 973 639 8285




James P. Flynn | Bio


2

t 973.639.8285 | f
973.639.8931

JFlynn@ebglaw.com

One Gateway Center | Newark, NJ
07102

t 973.642.1900 | www.ebglaw.com

Think
Green. Please consider the environment before you print
this message. Thank you.

CONFIDENTIALITY NOTE: This communication is
intended only for the person or entity to which it is
addressed and may contain information that is privileged,
confidential or otherwise protected
 from disclosure.  Dissemination, distribution or
copying of this communication or the information herein by
anyone other than the intended recipient, or an employee or
agent responsible for delivering the message to the intended
recipient, is prohibited.  If
 you have received this communication in error, please call
the Help Desk of Epstein Becker & Green, P.C. at (212)
351-4701 and destroy the original message and all
copies.

To ensure
compliance with requirements imposed by the IRS, we inform
you that any U.S. federal tax advice contained in this
communication (including any attachments) is not intended or
written to
 be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any
transaction or matter addressed herein.

Pursuant to

the CAN-SPAM Act this communication may be considered an
advertisement or solicitation.  If you would prefer not
to receive future marketing and promotional mailings, please
submit your
 request via email to ebgus@ebglaw.com or via postal mail to Epstein Becker
& Green, P.C. Attn: Marketing
 Department, 250 Park Avenue, New York, NY 10177.  Be
sure to include your email address if submitting your
request via postal mail.EBGST041706