EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, New Jersey 07102
Telephone:  (973) 642-1900
Facsimile:  (973) 642-0099
Attorneys for Plaintiffs
Ross University School of Medicine and
Global Education International, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE and GLOBAL EDUCATION INTERNATIONAL, INC., | Civil Action No. 3:13-cv-6121-AET-TJB |
| Plaintiffs, | **NOTICE OF MOTION** |
| v. | |
| BEHZAD AMINI, WWW.ROSSU.NET, WWW.ROSSMEDICALSCHOOL.ORG, WWW.ROSSMEDSCHOOL.COM and WWW.JOHNDOEROSSINFRINGINGSITES1-20.DOE | |
| Defendants. | |

TO:   Behzad Amini, Pro Se
        13835 N. Tatum Blvd.
        NO. 9-280
        Phoenix, AZ 85032

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 55, plaintiffs Ross University School of Medicine and Global Education International, Inc. ("Plaintiffs") shall move before the Honorable Anne E. Thompson, U.S.D.J., at the Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey, on a date to be later determined, for an Order granting default judgment; and

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs

shall rely upon the accompanying Letter Brief in Support of Plaintiffs' Motion for Default

Judgment and the Certification of James P. Flynn, Esq., with annexed exhibits.

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, New Jersey 07102
Attorneys for Plaintiffs

By:  ___*s/ James P. Flynn*_____
   James P. Flynn
   William S. Gyves
   Members of the Firm

DATED:  January 31, 2014