EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 642-1900
Facsimile: (973) 642-0099
Attorneys for Plaintiffs
Ross University School of Medicine and
Global Education International, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE and GLOBAL EDUCATION INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEHZAD AMINI, WWW.ROSSU.NET, WWW.ROSSMEDICALSCHOOL.ORG, WWW.ROSSMEDSCHOOL.COM and WWW.JOHNDOEROSSINFRINGINGSITES1-20.DOE <br><br> Defendants. | Civil Action No. 3:13-cv-6121-AET-TJB <br><br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on this date I caused the within Notice of Motion for Default Judgment, Letter Brief in Support of Motion for Default Judgment and Certification of James P. Flynn to be filed via Electronic Case Filing (ECF) with the Clerk of the United States District Court for the District of New Jersey, and to be served upon defendant Behzad Amini via ECF. Parties may access this filing through the Court's ECF system.

FIRM:24571284v1

                                                       Respectfully Submitted,

                                                       ***/s/ James P. Flynn***
                                                       James P. Flynn
                                                       Epstein Becker & Green, P.C.
                                                       One Gateway Center, 13th Floor
                                                       Newark, New Jersey 07102-5311
                                                       Telephone: (973) 642-1900
                                                       Facsimile: (973) 642-0099
                                                       Email: jflynn@ebglaw.com

DATED: January 31, 2014