```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
                      Minutes of Proceeding
```

OFFICE: Trenton
JUDGE ANNE E. THOMPSON                    Date: February 4, 2014
Court Reporter/ESR: M. Kalbach

TITLE OF CASE:                            CIVIL **13-6121**

ROSS UNIVERSITY SCHOOL OF MEDICINE, et al.
vs.
AMINI BEHZAD


APPEARANCES:
James P. Flynn, Esq. plaintiffs
No appearance by defendant.

NATURE OF PROCEEDINGS: CONTEMPT HEARING

Hearing on plaintiffs application for an order finding the defendant in civil contempt and for sanctions.

Granted.

Order to issue.


TIME COMMENCED: 10:35
TIME ADJOURNED: 11:05
TOTAL TIME:  30 minutes


                                          /s/ John G. Basilone
                                              Deputy Clerk