NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE and GLOBAL EDUCATION INTERNATIONAL, INC.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BEHZAD AMINI, et al.,<br><br>　　　　Defendants. | Civ. No. 13-6121<br><br>CIVIL CONTEMPT ORDER |

THOMPSON, U.S.D.J.

　　　　This matter comes before the Court upon the application of plaintiffs Ross University School of Medicine ("RUSM") and Global Education International, Inc. (collectively, "Plaintiffs") for entry of an order finding defendant Behzad Amini ("Defendant") in civil contempt and imposing sanctions for his violation of the Court's Order of Preliminary Injunction dated December 9, 2013 ("Preliminary Injunction"), as well as its Temporary Restraining Order dated October 16, 2013, and Order Providing for Continuing Injunction dated October 28, 2013, and the Court having considered the written submissions of the parties and good cause having been shown:

　　　　IT IS on this 6th day of February, 2014, ORDERED that

1. Defendant Behzad Amini is hereby found in civil contempt for violating the Preliminary Injunction by sending an email to multiple recipients on December 15, 2013 accusing RUSM's Dean of having engaged in criminal conduct.

2. To promote Defendant's future compliance and compensate Plaintiffs for losses caused by Defendant's non-compliance, the following sanctions shall be imposed upon Defendant effective immediately:

   a. Defendant shall be subjected to a fine of $200.00 per day payable to the Court until he completes the following tasks:

      i. Defendant must communicate to the Honorable Anne E. Thompson in writing that he understands that the Preliminary Injunction prohibits him and all those acting in concert with him from disparaging RUSM and any of its affiliated entities or agents;

      ii. Defendant must forward to all recipients of the December 15, 2013 communication a statement, in a form acceptable to the Court, saying that he is aware of no basis for his allegations that RUSM's Dean engaged in criminal conduct and that his communication on December 15, 2013 violated the Preliminary Injunction;

   b. Defendant, and/or those acting in concert with him, will be subject to a $10,000.00 fine payable to the Court for any future violations of the Preliminary Injunction;

   c. Defendant must award Plaintiffs their reasonable attorneys' fees and costs in bringing this contempt action.

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.