

Attorneys at Law

James P. Flynn
t 973.639.8285
f 973.639.8931
jflynn@ebglaw.com

March 3, 2014

**VIA ECF AND REGULAR MAIL**
Honorable Anne E. Thompson, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:  <u>Ross University School of Medicine, et al. v. Behzad Amini, et al.
         Case No.: 3:13 cv 06121</u>

Dear Judge Thompson:

    We represent the plaintiffs in the above-referenced action. In conjunction with our motion for default judgment, returnable today on the papers, we enclose for Your Honor's consideration a proposed Final Judgment and Order of Permanent Injunction.

                      Respectfully,

                      James P. Flynn

Enclosures

cc:    Behzad Amini (via Email w/ enclosures)