NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE and GLOBAL EDUCATION INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEHZAD AMINI, et al., <br><br> Defendants. | Civ. No. 13-6121 <br><br> ORDER |

THOMPSON, U.S.D.J.

For the reasons stated in this Court's Opinion on this same day,

IT IS on this 3rd day of March, 2014,

ORDERED that Plaintiff's motion for default judgment, (Docket No. 32), is GRANTED.

/s/ Anne E. Thompson

ANNE E. THOMPSON, U.S.D.J.