EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 642-1900
Facsimile: (973) 642-0099
Attorneys for Plaintiffs
Ross University School of Medicine and
Global Education International, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE and GLOBAL EDUCATION INTERNATIONAL, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> BEHZAD AMINI, WWW.ROSSU.NET, WWW.ROSSMEDICALSCHOOL.ORG, WWW.ROSSMEDSCHOOL.COM and WWW.JOHNDOEROSSINFRINGINGSITES1-20.DOE <br><br>    Defendants. | Civil Action No. 3:13-cv-6121-AET-TJB <br><br> **NOTICE OF MOTION** |

TO:   Behzad Amini, Pro Se
      13835 N. Tatum Blvd.
      NO. 9-280
      Phoenix, AZ 85032

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 54, plaintiffs Ross University School of Medicine and Global Education International, Inc. ("Plaintiffs") shall move before the Honorable Anne E. Thompson, U.S.D.J., at the Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey, on a date to be later determined, for an Order granting Plaintiffs' its attorneys' fees and cost relating to the civil contempt proceedings against Defendant Behzad Amini; and

FIRM:24837012v1

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs shall rely upon the accompanying Letter Brief in Support of Plaintiffs' Motion for Attorneys' Fees and the Declaration of James P. Flynn, Esq.

        Respectfully submitted,

        EPSTEIN BECKER & GREEN, P.C.
        One Gateway Center
        Newark, New Jersey 07102
        Attorneys for Plaintiffs

By:   */s/James P. Flynn*
       James P. Flynn
       William S. Gyves
       Members of the Firm

DATED: March 21, 2014