EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 642-1900
Facsimile: (973) 642-0099
Attorneys for Plaintiffs
Ross University School of Medicine and
Global Education International, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE and GLOBAL EDUCATION INTERNATIONAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BEHZAD AMINI, WWW.ROSSU.NET, WWW.ROSSMEDICALSCHOOL.ORG, WWW.ROSSMEDSCHOOL.COM and WWW.JOHNDOEROSSINFRINGINGSITES1-20.DOE<br><br>Defendants. | Civil Action No. 3:13-cv-6121-AET-TJB<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on this date I caused the within Notice of Motion for Fees and Costs, Letter Brief in Support of Motion for Fees and Costs, and Declaration of James P. Flynn to be filed via Electronic Case Filing (ECF) with the Clerk of the United States District Court for the District of New Jersey, and to be served upon defendant Behzad Amini via ECF. Parties may access this filing through the Court's ECF system.

FIRM:24849024v1

                                                                                   Respectfully Submitted,

                                                                                   ***/s/ James P. Flynn***
                                                                                   James P. Flynn
                                                                                  Epstein Becker & Green, P.C.
                                                                                  One Gateway Center, 13th Floor
                                                                                  Newark, New Jersey 07102-5311
                                                                                  Telephone:  (973) 642-1900
                                                                                  Facsimile:  (973) 642-0099
                                                                                  Email:  jflynn@ebglaw.com

DATED:  March 21, 2014

2