William S. Gyves
Michael A. Innes
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE, and GLOBAL EDUCATION INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BEHZAD AMINI, WWW.ROSSU.NET, WWW.ROSSMEDICALSCHOOLD.ORG, WWW.JOHNDOEROSSINFRINGINGSITES1-20.DOE <br><br> Defendants. | CIVIL ACTION NO: 13-CV-6121-AET-TJB <br><br><br> **SUBSTITUTION OF ATTORNEY** |

It is hereby stipulated and consented that William S. Gyves of the law firm of Kelley Drye & Warren LLP, (incoming counsel) shall be substituted as attorney for plaintiffs ROSS UNIVERSITY SCHOOL OF MEDICINE and GLOBAL EDUCATION INTERNATIONAL, INC. in place of James P. Flynn (outgoing counsel) in the above-captioned matter.

Dated: September 12, 2014

Withdrawing Attorney:

_____
James P. Flynn

Superseding Attorney:

KELLEY DRYE & WARREN LLP

_____
William S. Gyves

2