William S. Gyves
Michael A. Innes
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSS UNIVERSITY SCHOOL OF MEDICINE, and GLOBAL EDUCATION INTERNATIONAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BEHZAD AMINI, WWW.ROSSU.NET, WWW.ROSSMEDICALSCHOOLD.ORG, WWW.JOHNDOEROSSINFRINGINGSITES1-20.DOE<br><br>Defendants. | CIVIL ACTION NO: 13-CV-6121-AET-TJB<br><br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, that Michael A. Innes, of the firm Kelley Drye & Warren LLP, hereby appears in this case as counsel for plaintiffs ROSS UNIVERSITY SCHOOL OF MEDICINE and GLOBAL EDUCATION INTERNATIONAL, INC. ("Plaintiffs").

NJ01\InneM\206202.1

September 12, 2014                              KELLEY DRYE & WARREN LLP

                                                     By:  /s/Michael A. Innes
                                                         Michael A. Innes
                                                         200 Kimball Drive
                                                         Parsippany, New Jersey 07054
                                                         (973) 503-5900

                                                         *Attorneys for Plaintiffs*